UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20975-BLOOM/Otazo-Reyes

MBI SERVICES, LLC,

    Plaintiff,

v.

APEX DISTRIBUTION LLC, *et al.*,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court upon a *sua sponte* review of Plaintiff MBI Services, LLC's ("Plaintiff") Amended Complaint, ECF No. [5]. On March 11, 2021, Plaintiff initiated this action against Defendants Apex Distribution LLC ("Apex"), Hector Alvarez ("Alvarez"), Imitari Corporation ("Imitari"), Terry Barnes ("Barnes"), Gregory A. Jones ("Jones"), David K. Tillman ("Mr. Tillman"), Tillman & Tillman PLLC ("Tillman Law Firm"), Jan Laurence Sadick ("Mr. Sadick"), and J.L. Sadick P.C. ("Sadick Law Firm"). *See generally* ECF No. [1]. The Complaint alleges that this Court has jurisdiction over the claims pursuant to 28 U.S.C. § 1332. *Id.* ¶ 2.

On March 12, 2021, the Court *sua sponte* dismissed this case without prejudice because complete diversity between Plaintiff and Defendants Apex, Imitari, Tillman Law Firm, and Sadick Law Firm ("Entity Defendants"), was not apparent on the face of the Complaint. ECF No. [4]. On March 15, 2021, Plaintiff filed its Amended Complaint, which also raises a host of jurisdictional issues. ECF No. [5]. Specifically, the Amended Complaint states, in relevant part:

> 6. Apex is a limited liability company organized and existing under the laws of the State of New Jersey, with its principal place of business in Totowa, NJ. *On information and belief*, Apex has two members: Hector Alvarez and Gregory Jones.

> 7. *On information and belief*, Alvarez is an individual residing in Totowa, NJ, and a citizen of the State of New Jersey.
>
> 8. *On information and belief*, Jones is an individual residing in New York, NY, and a citizen of the State of New York.
>
> 10. *On information and belief*, Barnes is an individual residing in Troy, MI, and a citizen of the State of Michigan.
>
> 11. *On information and belief*, Mr. Tillman is an individual residing in Detroit, MI, and a citizen of the State of Michigan.
>
> 12. The Tillman Law Firm is a limited liability company organized and existing under the laws of the State of Michigan, with its principal place of business in Detroit, MI. *On information and belief*, the Tillman Law Firm consists of a single member: David K. Tillman.
>
> 13. *On information and belief*, Mr. Sadick is an individual residing in Houston, TX, and a citizen of the State of Texas

*Id.* at ¶¶ 6-8, 10-13 (emphasis added).

Here, Plaintiff's "belief" as to the citizenship of Defendants Apex, Alvarez, Jones, Barnes, Tillman, Tillman Law Firm, and Sadick are insufficient to establish the jurisdictional thresholds necessary to invoke this Court's jurisdiction. *See Purchasing Power, LLC v. Bluestem Brands, Inc.*, 851 F.3d 1218, 1228 (11th Cir. 2017) ("[T]he burden falls on the courts to make sure parties satisfy the requirements of diversity jurisdiction. We must be vigilant in forcing parties to meet the unfortunate demands of diversity jurisdiction in the 21st century.") (citation omitted); *see also Dockery v. Hartford Ins. Co. of the Midwest*, No. 1:19-cv-21904-RNS, 2019 WL 8895231, at *1 (S.D. Fla. May 24, 2019) ("[Plaintiff's] belief as to [defendant's] citizenship does not qualify as a 'fact' establishing jurisdiction."); *Diamond Resorts U.S. Collection Dev., LLC v. Sumday Vacations, LLC*, No. 6:19-cv-00982-WWB, 2019 WL 10375473, at *1 (M.D. Fla. May 29, 2019) ("alleging citizenship on 'information and belief' is insufficient."); *Wilkins v. Stapleton*, No. 6:17-cv-1342-RBD, 2017 WL 11219132, at *1 (M.D. Fla. Aug. 1, 2017) ("DO NOT allege

2

jurisdictional facts "on information and belief.") (emphasis in original); *Great Am. Assurance Co. v. Stover*, No. 1:20-cv-2635-MHC, 2020 WL 8093342, at *1 (N.D. Ga. June 24, 2020) ("alleging the members of a limited liability company 'upon information and belief,' as [p]laintiff does for [defendant], is also insufficient.").

Accordingly, it is **ORDERED AND ADJUDGED** that **on or before March 26, 2021**, Plaintiff shall provide the Court with a detailed statement setting forth the basis for its representation that complete diversity exists between Plaintiff and Defendants Apex, Alvarez, Jones, Barnes, Tillman, Tillman Law Firm, and Sadick. Failure to comply will result in the imposition of sanctions, including, but not limited to dismissal without prejudice, without further notice.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 18, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record