UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20975-BLOOM/Otazo-Reyes

MBI SERVICES, LLC,

 Plaintiff,

v.

APEX DISTRIBUTION LLC, *et al.*,

 Defendants.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On April 26, 2021, the Court ordered the parties to jointly file a proposed order scheduling mediation, setting forth their selected mediator pursuant to Local Rule 16.2, and a time, date, and place for mediation. ECF No. [16] ("Scheduling Order"). On **May 17, 2021**, Plaintiff filed a Joint Notice of Filing Proposed Order Scheduling Mediation, but failed to designate a location for the mediation. ECF No. [20] ("Notice"). Accordingly, it is **ORDERED AND ADJUDGED** that **no later than May 19, 2021**, the parties shall file a supplemental notice and proposed order scheduling mediation, as required by the Scheduling Order. Failure to comply will result in sanctions, including, but not limited to, dismissal without prejudice without further notice.

The parties are reminded that pursuant to the procedures outlined in the CM/ECF Administrative Procedures, the proposed order is also to be emailed to bloom@flsd.uscourts.gov in Word format. The CM/ECF Administrative Procedures may be viewed at http://www.flsd.uscourts.gov. All other deadlines set forth in the Scheduling Order shall remain strictly in place.

Case No. 21-cv-20975-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 17, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record