UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

Case No. 1:21-cv-20975-BB

MBI SERVICES, LLC,

    Plaintiff,

vs.

APEX DISTRIBUTION LLC, et al.,

    Defendants.

### DEFENDANTS TILLMAN & TILLMAN PLLC AND DAVID K. TILLMAN'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 56 and Local Rule 56.1, Defendants Tillman & Tillman PLLC ("T&T") and David K. Tillman (together, "Tillman Defendants") move to dismiss the Amended Complaint and, asking the Court to consider matters outside of the pleadings, move for summary judgment in their favor on Counts VIII, XVI, XVII, and XVIII of the Amended Complaint. The ground for this motion is that there is no genuine dispute as to any material fact and T&T is entitled to summary judgment as a matter of law.

Contemporaneously with this motion, the Tillman Defendants have filed (1) a Memorandum in Support of Defendants Tillman & Tillman PLLC and David K. Tillman's Motion for Summary Judgment, (2) a Statement of Material Facts in Support of Defendants Tillman & Tillman PLLC and David K. Tillman's Motion for Summary Judgment., and (3) the Declaration of David K. Tillman. The Tillman Defendants ask the Court to notify the parties that it will treat the motion as one for summary judgment. *Poulsen v. Publix Super Markets, Inc.*, 302 F. App'x 906, 908 (11th Cir. 2008)

Respectfully submitted,

WEISSMAN & DERVISHI, P.A.

By:  /s/ Brian S. Dervishi
      Brian S. Dervishi
Fla. Bar No. 350303
SunTrust International Center
One Southeast Third Avenue, Suite 1700
Miami, Florida 33131
305-347-4070 (Telephone)
305-347-4077 (Facsimile)
bdervishi@wdpalaw.com
service@wdpalaw.com

Attorneys for Defendants Apex Distribution LLC, Hector Alvarez, Gregory A. Jones, Imitari Corp., Terry Barnes, Tillman & Tillman PLLC, and David K. Tillman, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2021, a true and correct copy of the foregoing was served by CM/ECF on the attorneys listed below.

      /s/ Brian S. Dervishi
      Brian S. Dervishi

Eduardo A. Maura, Esq.
Luis F. Quesada Machado, Esq.
Ayala Law, P.A.
2490 Coral Way, Suite 401
Miami FL 33145
eduardo@ayalalawpa.com
lquesada@ayalalawpa.com

Jorge A. Garcia-Menocal, Esq.
Garcia-Menocal Irias & Pastori, LLP
368 Minorca Avenue
Coral Gables, Florida 33134
jgm@gmilaw.com