UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

Case No. 1:21-cv-20975-BB

MBI SERVICES, LLC

    Plaintiff,

vs.

APEX DISTRIBUTION LLC, et al.,

    Defendants.

_____

### STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANTS TILLMAN & TILLMAN PLLC AND DAVID K. TILLMAN'S MOTION FOR SUMMARY JUDGMENT

Tillman & Tillman, PLLC ("T&T") and David K. Tillman, Esq. (together, the "Tillman Defendants"), submit their Statement of Material Facts in support of their Motion for Summary Judgment, pursuant to L.R. 56.1.

1. David K. Tillman, Esq., is an active member in good standing of the State Bar of Michigan. *See* Exhibit A to the Declaration of David K. Tillman ("Tillman Declaration"). A copy of the Tillman Declaration is attached to this memorandum.

2. Mr. Tillman is admitted to practice before the U.S. District Court for the Eastern District of Michigan. *See* Exhibit B to the Tillman Declaration.

3. T&T is a Michigan Professional Limited Liability Company in good standing with the Michigan Department of Licensing and Regulatory Affairs. *See* Exhibit C to the Tillman Declaration.

4. Mr. Tillman is a member of T&T and is employed by the firm as a practicing attorney. *See* Tillman Declaration, ¶ 4.

5. T&T and Mr. Tillman served as counsel for Apex Distribution LLC ("Apex") in negotiating the terms of a Joint Venture Agreement ("JVA") with MBI Services, LLC ("MBI"), and also in connection with Apex's performance under the JVA. *See* Tillman Declaration, ¶ 5.

6. On January 18, 2021, MBI and Apex executed the JVA. *See* Tillman Declaration, ¶ 6, and attached Exhibit D.

7. Under the JVA, MBI was to fund the venture by depositing $2,000,000.00 ("the Funds") into T&T's client trust account. *See* Tillman Declaration, ¶ 7, and JVA, ¶ 3.1.

8. On January 20, 2021, MBI deposited the Funds by wire transfer into T&T's client trust account at Comerica Bank. *See* Tillman Declaration, ¶ 8.

9. Under Michigan Rule of Professional Responsibility ("M.R.P.C.") 1.15(d), T&T and Mr. Tillman were required to hold the Funds separately from other funds in T&T's client trust account.

10. T&T and Mr. Tillman held the Funds in T&T's client trust account separately from other funds and property in the account, in full compliance with M.R.P.C. 1.15(d). *See* Tillman Declaration, ¶ 8.

11. On January 21, 2021 and January 26, 2021, T&T, acting at the direction of Hector Alvarez, a member of Apex, disbursed the entire amount of the Funds from his trust account. *See* Tillman Declaration, ¶ 9.

12. Neither T&T nor Mr. Tillman had any substantive involvement with Apex's performance under the JVA. Their only role was to serve as Apex's counsel. *See* Tillman Declaration, ¶ 10.

13. Neither T&T nor Mr. Tillman executed any agreement with MBI; nor were they asked to. *See* Tillman Declaration, ¶ 11.

14. M.R.P.C. 1.7(a) prohibited T&T and Mr. Tillman from representing MBI in connection with the JVA.

15. T&T and Mr. Tillman did not represent MBI in connection with the JVA or any other matter, in full compliance with M.R.C.P. 1.7(a). *See* Tillman Declaration, ¶ 12.

16. The Funds have been completely disbursed from T&T's client trust account. There are no Funds remaining in the account. *See* Tillman Declaration, ¶ 13.

Respectfully submitted,

WEISSMAN & DERVISHI, P.A.

By: /s/ Brian S. Dervishi
    Brian S. Dervishi
Fla. Bar No. 350303
SunTrust International Center
One Southeast Third Avenue, Suite 1700
Miami, Florida 33131
305-347-4070 (Telephone)
305-347-4077 (Facsimile)
bdervishi@wdpalaw.com
service@wdpalaw.com

Attorneys for Defendants Apex Distribution LLC, Hector Alvarez, Gregory A. Jones, Imitari Corp., Terry Barnes, Tillman & Tillman PLLC, and David K. Tillman, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2021, a true and correct copy of the foregoing was served by CM/ECF on the attorneys listed below.

/s/ Brian S. Dervishi
Brian S. Dervishi

Eduardo A. Maura, Esq.
Luis F. Quesada Machado, Esq.
Ayala Law, P.A.
2490 Coral Way, Suite 401
Miami FL 33145
eduardo@ayalalawpa.com
lquesada@ayalalawpa.com

Jorge A. Garcia-Menocal, Esq.
Garcia-Menocal Irias & Pastori, LLP
368 Minorca Avenue
Coral Gables, Florida 33134
jgm@gmilaw.com