UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20975-BLOOM/Otazo-Reyes

MBI SERVICES, LLC,

 Plaintiff,

v.

APEX DISTRIBUTION LLC, *et al.*,

 Defendants.
_____/

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE FOR A**
**REPORT AND RECOMMENDATIONS**

 Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that Defendants Tillman & Tillman PLLC and David K. Tillman's Motion to Dismiss and for Summary Judgment, ECF No. [29], is **REFERRED** to Magistrate Judge Alicia M. Otazo-Reyes for a Report and Recommendations.

 **DONE AND ORDERED** in Chambers at Miami, Florida, on July 12, 2021.

                _____
                **BETH BLOOM**
                **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record