UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20975-BLOOM/Otazo-Reyes

MBI SERVICES, LLC,

    Plaintiff,

v.

APEX DISTRIBUTION LLC, *et al.*,

    Defendants.
_____/

## JOINT STIPULATION FOR
## DISMISSAL OF THE TILLMAN DEFENDANTS

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MBI Services, LLC and Defendants Tillman & Tillman, PLLC and David K. Tillman (the "Tillman Defendants"), and their respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice, against the Tillman Defendants only pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), including all claims, defenses, and counterclaims asserted or which could have been asserted herein, with each of the parties to bear his or its own attorneys' fees and costs except as otherwise provided in the Settlement Agreement, and with this Court retaining jurisdiction to enforce the terms and conditions of the Settlement Agreement in the event of a default and all disputes arising under or related to the Settlement Agreement and with Plaintiffs reserving all rights and claims as to the remaining defendants.

1

Dated: September 10, 2021

                              Respectfully submitted,

| AYALA LAW, P.A. | WEISSMAN & DERVISHI, P.A. |
|---|---|
| By: /s/ Eduardo A. Maura<br>Eduardo A. Maura<br>Fla. Bar No. 91303<br>eduardo@ayalalawpa.com<br>Luis F. Quesada Machado<br>Fla. Bar No. 1010305<br>lquesada@ayalalawpa.com<br>2490 Coral Way, Ste 401<br>Miami, FL 33145<br>305-570-2208 (Telephone)<br>305-503-7206 (Facsimile) | By: /s/ Brian S. Dervishi<br>Brian S. Dervishi<br>Fla. Bar No. 350303<br>bdervishi@wdpalaw.com<br>John Borgo<br>Fla. Bar No. 739420<br>jborgo@wdpalaw.com<br>One SE Third Ave, Ste 1700<br>Miami, FL 33131<br>305-347-4070 (Telephone)<br>305-347-4077 (Facsimile) |
| Attorneys for MBI Services, LLC | Attorneys for Apex Distribution LLC, Hector Alvarez, Gregory Jones, Imitari Corp., Terry Barnes, Tillman & Tillman PLLC, and David K. Tillman, Esq. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve a copy of the same by Notice of Electronic Mail to all counsel of record.

                                                    By: */s/Eduardo A. Maura*
                                                              Eduardo A. Maura, Esq.
                                                              Florida Bar No. 91303
                                                              eduardo@ayalalawpa.com