UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20975-BLOOM/Otazo-Reyes

MBI SERVICES, LLC,

    Plaintiff,

v.

APEX DISTRIBUTION LLC, *et al.*,

    Defendants.

_____/

**ORDER**

    **THIS CAUSE** is before the Court upon the Joint Stipulation for Dismissal of the Tillman Defendants ("Stipulation") [ECF No. \_\_\_] filed by Plaintiff MBI Services, LLC, and Defendants Tillman & Tillman PLLC and David K. Tillman (the "Tillman Defendants") (collectively, Plaintiff and the Tillman Defendants are referred to as the "Parties"). The Court being fully advised, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The Stipulation is **APPROVED**.

    2.    Count VIII of the Complaint against the Tillman Defendants and Counts XVI, XVII, and XVIII, which are against all Defendants in this action, are dismissed with prejudice as to the Tillman Defendants only. The Tillman Defendants are **DISMISSED** with prejudice, including all claims, defenses, and counterclaims asserted or which could have been asserted herein, with each of the Parties to bear his or its own attorneys' fees and costs except as otherwise provided in that certain Settlement Agreement entered into by the Parties on September 1, 2021 (the "Settlement Agreement").

2

3. The Court expressly retains jurisdiction to enforce the terms and conditions of the Parties' Settlement Agreement in the event of a default thereunder and all disputes arising under or related to the Settlement Agreement.

**DONE AND ORDERED** in Miami, Florida this ___ day of _____, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record