UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

Case No. 1:21-cv-20975-BB

MBI SERVICES, LLC,

    Plaintiff,

vs.

APEX DISTRIBUTION LLC, et al.,

    Defendants.

### JOINT MOTION FOR ORDER DISMISSING THE TILLMAN DEFENDANTS PURSUANT TO THE PARTIES' SETTLEMENT AGREEMENT

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and Local Rule 7.1, plaintiff MBI Services, LLC ("MBI") and defendants Tillman & Tillman PLLC and David K. Tillman, Esquire (collectively, the "Tillman Defendants"), jointly move the Court to enter an order dismissing the Tillman Defendants from this action pursuant to a limited Settlement Agreement between them, retaining jurisdiction to enforce the Settlement Agreement and to proceed against the remaining defendants. In support of this motion, MBI and the Tillman Defendants state as follows.

1. MBI and the Tillman Defendants entered into a Settlement Agreement on September 1, 2021 ("Settlement Agreement"). The Settlement Agreement provides for dismissal of this action with prejudice against the Tillman Defendants,

and exchange of general releases with the Court retaining jurisdiction to enforce the Settlement Agreement, although the Settlement Agreement has been fully performed except for the dismissal of the Tillman Defendants from this action.

2. On September 10, 2021, Plaintiff and the Tillman Defendants filed a Joint Stipulation for Dismissal [ECF No. 65] ("Stipulation"). Later that day, defendants Jan Laurence Sadick and J.L. Sadick, PC ("Sadick Defendants") filed Sadick Defendants' Notice of Non-Compliance re: Joint Stipulation for Dismissal [ECF No. 66]. The Court entered an Order Rejecting Stipulation for Dismissal [ECF No. 67], finding that the Stipulation did not comply with Rule 41(a)(1)(A)(ii) because the Sadick Defendants did not sign the Stipulation and ordering Defendants to file a stipulation compliant with Rule 41(a)(1)(A)(ii) by **September 22, 2021**.

3. MBI and the Tillman Defendants are unable to comply with the Court's order because the Sadick Defendants refuse to sign the Stipulation without the Tillman Defendants agreeing to personal jurisdiction over them in the Southern District of Texas along with other conditions that are completely extraneous to this action and the Settlement Agreement between MBI and Mr. Tillman.

4. Accordingly, MBI and the Tillman Defendants jointly move this Court to enter an order dismissing the Tillman Defendants from this action with prejudice pursuant to their Settlement Agreement.

WHEREFORE, Plaintiff MBI and the Tillman Defendants move for entry of

an order dismissing the Tillman Defendants from this action with the case proceeding against the remaining defendants and grant such further relief that is just and appropriate.

## Certificate of Compliance with Local Rule 7.1(a)(3)

Undersigned counsel for the Tillman Defendants has conferred with all parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to do so.

Respectfully submitted on September 22, 2021.

| | |
|---|---|
| AYALA LAW, P.A. | WEISSMAN & DERVISHI, P.A. |
| By: /s/ Eduardo A. Maura<br>　　Eduardo A. Maura<br>　　Luis F. Quesada Machado<br>Fla. Bar Nos. 91303 and 1010305<br>2490 Coral Way, Suite 401<br>Miami FL 33145<br>305-570-2208 (Phone)<br>eduardo@ayalalawpa.com<br>lquesada@ayalalawpa.com<br><br>Attorneys for MBI Services, LLC | By: /s/ Brian S. Dervishi<br>　　Brian S. Dervishi<br>　　John Borgo<br>Fla. Bar Nos. 350303 and 739420<br>SunTrust International Center<br>One SE Third Avenue, Suite 1700<br>Miami, Florida 33131<br>305-347-4070 (Telephone)<br>305-347-4077 (Facsimile)<br>bdervishi@wdpalaw.com<br>jborgo@wdpalaw.com<br>service@wdpalaw.com<br><br>Attorneys for Apex Distribution LLC, Hector Alvarez, Gregory A. Jones, Imitari Corp., Terry Barnes, Tillman & Tillman PLLC, and David K. Tillman, Esq. |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 22, 2021, a true and correct copy of the foregoing was served by CM/ECF on the attorneys listed below.

/s/ Brian S. Dervishi<br>
Brian S. Dervishi

Eduardo A. Maura, Esq.
Luis F. Quesada Machado, Esq.
Ayala Law, P.A.
2490 Coral Way, Suite 401
Miami FL 33145
eduardo@ayalalawpa.com
lquesada@ayalalawpa.com

Jorge A. Garcia-Menocal, Esq.
Garcia-Menocal Irias & Pastori, LLP
368 Minorca Avenue
Coral Gables, Florida 33134
jgm@gmilaw.com

Jordan A. Shaw, Esq.
Zachary D. Ludens, Esq.
Zebersky Payne Shaw Lewenz, LLP
110 SE 6th Street Suite 2900
Ft. Lauderdale, FL 33301
jshaw@zpllp.com
zludens@zpllp.com
medmondson@zpllp.com
mlolmastro@zpllp.com