UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-20975-CIV-BLOOM/OTAZO-REYES

MBI SERVICES, LLC,

    Plaintiff,

v.

APEX DISTRIBUTION LLC, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff MBS Services, LLC's ("Plaintiff") Notice of Hearing [D.E. 87]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 16]. The undersigned held a hearing on this matter on November 23, 2021. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that the parties shall meet and confer in a good faith effort to resolve the discovery disputes listed in the Notice of Hearing [D.E. 87]. Thereafter, Plaintiff shall file a Supplemental Notice of Hearing listing any unresolved dispute. The undersigned will address those issues at the hearing currently scheduled for December 14, 2021 at 3:30 PM, along with the discovery dispute listed in Plaintiff's Second Notice of Hearing [D.E. 88], as to which the parties shall also meet and confer prior to that hearing.

DONE AND ORDERED in Chambers at Miami, Florida this 23rd day of November, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Beth Bloom
       Counsel of Record