# **<u>EXHIBIT A</u>**

# Zachary D. Ludens

| | |
|---|---|
| **From:** | Zachary D. Ludens |
| **Sent:** | Friday, September 10, 2021 12:56 PM |
| **To:** | 'Eduardo A. Maura'; lquesada@ayalalawpa.com |
| **Cc:** | Brian Dervishi; John Borgo; Jordan Shaw |
| **Subject:** | MBI v. Apex / Discovery Requests to Sadick |

Mr. Maura and Mr. Quesada:

This email is my attempt to confer with you regarding your discovery requests to Mr. Sadick and JL Sadick PC. I tried to have this conversation with Mr. Maura on the phone this morning (I was asking what documents it would take to dismiss my clients out, not trying to talk a monetary amount), but that conversation went nowhere.

Mr. Barnes and Imitari Corp. have privilege and confidentiality over any documents in my client's possession. Under Texas Rule of Professional Conduct 1.05 and Texas Rule of Evidence 503, we can't produce them. There has been no waiver of privilege by Mr. Barnes and Imitari Corp.

Thus, we intend to move for a protective order. Anything that my clients have is *per se* privileged, and this really is a fight between MBI and Barnes/Imitari of whether the Sadick Defendants need to produce it. The privilege is Barnes's/Imitari's, and, quite frankly, even a motion to compel directed to the Sadick Defendants creates weird standing issues that it is Barnes's/Imitari's privilege, it can only be asserted or waived by them, and the Sadick Defendants are barred under the Texas Rules governing them from disclosing anything, even a privilege log, absent a waiver or court order (which, again, is a fight to be had between Barnes/Imitari and MBI, not with the Sadick Defendants.

Under the Southern District of Florida Local Rules and Fed. R. Civ. P. 26(c), I am required to confer regarding this. We intend to file this later today, since our discovery responses are otherwise due today.

Regards,
Zach



**ZACHARY D. LUDENS, ESQ.** | *Senior Associate*
110 Southeast 6th Street. Suite 2900. Ft. Lauderdale, FL 33301
zludens@zpllp.com | zpllp.com |
D: 954-595-6075 | C: 305-916-0764 | F: 954-989-7781
Profile | LinkedIn | Facebook | Twitter

**CONFIDENTIAL NOTICE:** The information contained in this electronic mail transmission is intended by Zebersky Payne Shaw Lewenz, LLP for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to deliver it to the named addressee). *Disseminating, distributing or copying of this communication is strictly prohibited*. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Zebersky Payne Shaw Lewenz, LLP at 1-800-634-1808, so that our address record can be corrected.

Pursuant to federal regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any tax advice contained herein is not intended or written to be used for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service. If this advice is or is intended to be used or referred to in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement, the regulations under Circular 230 require that we advise you as follows: (1) this writing is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax penalties that may be imposed on a taxpayer; (2) the advice was written to support the promotion or marketing of the transaction(s) or matter(s) addressed by the written advice; and (3) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.