# **EXHIBIT B**

# Zachary D. Ludens

| | |
|---|---|
| **From:** | Zachary D. Ludens |
| **Sent:** | Friday, October 29, 2021 10:49 AM |
| **To:** | 'Sulay Garcia'; Margaux Lomastro |
| **Cc:** | Maria Edmondson; Jordan Shaw; Eduardo A. Maura; Luis Quesada; bdervishi@wdpalaw.com; service@wdpalaw.com |
| **Subject:** | RE: MBI v. Apex et al.- Discovery Hearing Dates |

Mr. Maura:

This email will confirm that the only conferral that was had today on my client's discovery objections was regarding the Texas lawsuit and Jones. With everything else, you simply said that you disagree with the objection without making a good-faith attempt to confer. Thus, anything else that you try to raise at a hearing in front of Judge Otazo-Reyes will be improperly before the Court, and I will inform the Court accordingly.

Additionally, I have requested numerous times whether you agree to the proposal that I made to you on the subpoena. You hung up the phone before we could discuss that. I made my proposal to you in writing, after a phone call, and you have never indicated that you oppose my proposal and that it needs to be set for a hearing. Therefore, I will assume that you agreed with my proposal and that any production from Wells Fargo will come to me to review to make sure that clients of my client who are not parties to this suit are protected.

Regards,
Zach



**ZACHARY D. LUDENS, ESQ.** | *Senior Associate*
110 Southeast 6th Street. Suite 2900. Ft. Lauderdale, FL 33301
zludens@zpllp.com | zpllp.com |
D: 954-595-6075 | C: 305-916-0764 | F: 954-989-7781
Profile | LinkedIn | Facebook | Twitter

---

**CONFIDENTIAL NOTICE:** The information contained in this electronic mail transmission is intended by Zebersky Payne Shaw Lewenz, LLP for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to deliver it to the named addressee). *Disseminating, distributing or copying of this communication is strictly prohibited*. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Zebersky Payne Shaw Lewenz, LLP at 1-800-634-1808, so that our address record can be corrected.

Pursuant to federal regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any tax advice contained herein is not intended or written to be used for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service. If this advice is or is intended to be used or referred to in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement, the regulations under Circular 230 require that we advise you as follows: (1) this writing is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax penalties that may be imposed on a taxpayer; (2) the advice was written to support the promotion or marketing of the transaction(s) or matter(s) addressed by the written advice; and (3) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

**From:** Sulay Garcia <sgarcia@ayalalawpa.com>
**Sent:** Thursday, October 28, 2021 8:41 AM
**To:** Margaux Lomastro <MLomastro@zpllp.com>
**Cc:** Zachary D. Ludens <zludens@zpllp.com>; Maria Edmondson <MEdmondson@zpllp.com>; Jordan Shaw <JShaw@zpllp.com>; Eduardo A. Maura <eduardo@ayalalawpa.com>; Luis Quesada <lquesada@ayalalawpa.com>; bdervishi@wdpalaw.com; service@wdpalaw.com
**Subject:** Re: MBI v. Apex et al.- Discovery Hearing Dates

Thank you.

Sincerely,

Sulay Garcia
*Senior Paralegal*
**Ayala Law P.A.**
2490 Coral Way, 401
Miami, FL 33145
305-570-2208 Main Line
833-33-AYALA Toll Free
Visit our website: www.lawayala.com

**\*\*\*ATTENTION - OUR ADDRESS RECENTLY CHANGED\*\*\***

CONFIDENTIALITY NOTICE: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. Although we have taken steps to ensure that this email and its attachments, if any, are free from any virus, we advise that the recipient should ensure they are actually virus free.

All parties relying on the information contained in this email or attachments hereto acknowledge and agree that in the event of any errors or omissions in connection with the preparation of the same including, without limitation, any mathematical or clerical errors, at the request of any party, the appropriate adjustment shall be made and such additional sums, if any shall be due immediately from any other parties relying on the information contained herein.

PLEASE BE NOTIFIED THAT OUR NORMAL LETTERS AND E-MAILS TO YOU ARE NOT INTENDED TO MEET THE "COVERED OPINION" TEST.  ADDITIONALLY, THIS EMAIL SHALL NOT CONSTITUTE A LEGAL OPINION AND MAY NOT BE RELIED UPON FOR SUCH PURPOSE.

Also, be aware that \*Wire Fraud is Real\*.  Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

On Thu, Oct 28, 2021 at 8:38 AM Margaux Lomastro <MLomastro@zpllp.com> wrote:

Good morning.  This confirms the teleconference scheduled for tomorrow, Friday, October 29, 2021 at 10:30 AM ET.  Please utilize the conference line below for the teleconference:

Conference Line: 866-528-2256

Access Code: 7253663

**Thank you in advance.**



**MARGAUX LOMASTRO** | *Paralegal*

110 Southeast 6th Street. Suite 2900. Ft. Lauderdale, FL 33301
mlomastro@zpllp.com | zpllp.com | D: 954-595-6063 x 262

| F: 954-989-7781
Profile | LinkedIn | Facebook | Twitter

**CONFIDENTIAL NOTICE:** The information contained in this electronic mail transmission is intended by Zebersky Payne Shaw Lewenz, LLP for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential.  It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to deliver it to the named addressee). *Disseminating, distributing or copying of this communication is strictly prohibited.*  If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Zebersky Payne Shaw Lewenz, LLP at 1-800-634-1808, so that our address record can be corrected.

Pursuant to federal regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any tax advice contained herein is not intended or written to be used for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service.  If this advice is or is intended to be used or referred to in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement, the regulations under Circular 230 require that we advise you as follows: (1) this writing is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax penalties that may be imposed on a taxpayer; (2) the advice was written to support the promotion or marketing of the transaction(s) or matter(s) addressed by the written advice; and (3) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

**From:** Sulay Garcia <sgarcia@ayalalawpa.com>
**Sent:** Thursday, October 28, 2021 8:21 AM
**To:** Margaux Lomastro <MLomastro@zpllp.com>
**Cc:** Zachary D. Ludens <zludens@zpllp.com>; Maria Edmondson <MEdmondson@zpllp.com>; Jordan Shaw <JShaw@zpllp.com>; Eduardo A. Maura <eduardo@ayalalawpa.com>; Luis Quesada <lquesada@ayalalawpa.com>; bdervishi@wdpalaw.com; service@wdpalaw.com
**Subject:** Re: MBI v. Apex et al.- Discovery Hearing Dates

Good morning-

10:30 am works.

Thank you.

Sincerely,

Sulay Garcia

*Senior Paralegal*

**Ayala Law P.A.**

2490 Coral Way, 401

Miami, FL 33145

305-570-2208 Main Line

833-33-AYALA Toll Free

Visit our website: www.lawayala.com

**\*\*\*ATTENTION - OUR ADDRESS RECENTLY CHANGED\*\*\***

CONFIDENTIALITY NOTICE: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. Although we have taken steps to ensure that this email and its attachments, if any, are free from any virus, we advise that the recipient should ensure they are actually virus free.

All parties relying on the information contained in this email or attachments hereto acknowledge and agree that in the event of any errors or omissions in connection with the preparation of the same including, without limitation, any mathematical or clerical errors, at the request of any party, the appropriate adjustment shall be made and such additional sums, if any shall be due immediately from any other parties relying on the information contained herein.

PLEASE BE NOTIFIED THAT OUR NORMAL LETTERS AND E-MAILS TO YOU ARE NOT INTENDED TO MEET THE "COVERED OPINION" TEST. ADDITIONALLY, THIS EMAIL SHALL NOT CONSTITUTE A LEGAL OPINION AND MAY NOT BE RELIED UPON FOR SUCH PURPOSE.

Also, be aware that *Wire Fraud is Real*. Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

On Wed, Oct 27, 2021 at 5:10 PM Margaux Lomastro <MLomastro@zpllp.com> wrote:

Zach has another appointment at 3:00 pm that cannot be moved. I can schedule a call earlier at 10:30 AM. Please advise.

**Thank you in advance.**



**MARGAUX LOMASTRO** | *Paralegal*

110 Southeast 6th Street. Suite 2900. Ft. Lauderdale, FL 33301
mlomastro@zpllp.com | zpllp.com | D: 954-595-6063 x 262

| F: 954-989-7781
Profile | LinkedIn | Facebook | Twitter

**CONFIDENTIAL NOTICE:** The information contained in this electronic mail transmission is intended by Zebersky Payne Shaw Lewenz, LLP for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to deliver it to the named addressee). *Disseminating, distributing or copying of this communication is strictly prohibited*. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Zebersky Payne Shaw Lewenz, LLP at 1-800-634-1808, so that our address record can be corrected.

Pursuant to federal regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any tax advice contained herein is not intended or written to be used for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service. If this advice is or is intended to be used or referred to in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement, the regulations under Circular 230 require that we advise you as follows: (1) this writing is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax penalties that may be imposed on a taxpayer; (2) the advice was written to support the promotion or marketing of the transaction(s) or matter(s) addressed by the written advice; and (3) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

**From:** Sulay Garcia <sgarcia@ayalalawpa.com>
**Sent:** Wednesday, October 27, 2021 5:03 PM
**To:** Margaux Lomastro <MLomastro@zpllp.com>
**Cc:** Zachary D. Ludens <zludens@zpllp.com>; Maria Edmondson <MEdmondson@zpllp.com>; Jordan Shaw <JShaw@zpllp.com>; Eduardo A. Maura <eduardo@ayalalawpa.com>; Luis Quesada <lquesada@ayalalawpa.com>; bdervishi@wdpalaw.com; service@wdpalaw.com
**Subject:** Re: MBI v. Apex et al.- Discovery Hearing Dates

Is it possible to have the call at 2:30 pm?

Sincerely,

5

Sulay Garcia

*Senior Paralegal*

**Ayala Law P.A.**

2490 Coral Way, 401

Miami, FL 33145

305-570-2208 Main Line

833-33-AYALA Toll Free

Visit our website: www.lawayala.com

**\*\*\*ATTENTION - OUR ADDRESS RECENTLY CHANGED\*\*\***

CONFIDENTIALITY NOTICE: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. Although we have taken steps to ensure that this email and its attachments, if any, are free from any virus, we advise that the recipient should ensure they are actually virus free.

All parties relying on the information contained in this email or attachments hereto acknowledge and agree that in the event of any errors or omissions in connection with the preparation of the same including, without limitation, any mathematical or clerical errors, at the request of any party, the appropriate adjustment shall be made and such additional sums, if any shall be due immediately from any other parties relying on the information contained herein.

PLEASE BE NOTIFIED THAT OUR NORMAL LETTERS AND E-MAILS TO YOU ARE NOT INTENDED TO MEET THE "COVERED OPINION" TEST.  ADDITIONALLY, THIS EMAIL SHALL NOT CONSTITUTE A LEGAL OPINION AND MAY NOT BE RELIED UPON FOR SUCH PURPOSE.

Also, be aware that \*Wire Fraud is Real\*.  Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

On Wed, Oct 27, 2021 at 4:52 PM Margaux Lomastro <MLomastro@zpllp.com> wrote:

Good afternoon.  I can schedule a teleconference for Friday, October 29, 2021 at 1:30 PM.  Please let me know if you are available at that time and I will provide you with our conference line.


**Thank you in advance.**



**MARGAUX LOMASTRO** | *Paralegal*

110 Southeast 6th Street. Suite 2900. Ft. Lauderdale, FL 33301
mlomastro@zpllp.com | zpllp.com | D: 954-595-6063 x 262

| F: 954-989-7781
Profile | LinkedIn | Facebook | Twitter

**CONFIDENTIAL NOTICE:**  The information contained in this electronic mail transmission is intended by Zebersky Payne Shaw Lewenz, LLP for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential.  It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to deliver it to the named addressee). *Disseminating, distributing or copying of this communication is strictly prohibited.*  If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Zebersky Payne Shaw Lewenz, LLP at 1-800-634-1808, so that our address record can be corrected.

Pursuant to federal regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any tax advice contained herein is not intended or written to be used for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service.  If this advice is or is intended to be used or referred to in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement, the regulations under Circular 230 require that we advise you as follows: (1) this writing is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax penalties that may be imposed on a taxpayer; (2) the advice was written to support the promotion or marketing of the transaction(s) or matter(s) addressed by the written advice; and (3) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

**From:** Sulay Garcia <sgarcia@ayalalawpa.com>
**Sent:** Wednesday, October 27, 2021 4:50 PM
**To:** Zachary D. Ludens <zludens@zpllp.com>
**Cc:** Maria Edmondson <MEdmondson@zpllp.com>; Margaux Lomastro <MLomastro@zpllp.com>; Jordan Shaw <JShaw@zpllp.com>; Eduardo A. Maura <eduardo@ayalalawpa.com>; Luis Quesada <lquesada@ayalalawpa.com>; bdervishi@wdpalaw.com; service@wdpalaw.com
**Subject:** Re: MBI v. Apex et al.- Discovery Hearing Dates


Good afternoon-


Please provide me with your availability for a call with Mr.Maura to discuss the discovery objections.

Thank you.

Sincerely,

Sulay Garcia

*Senior Paralegal*

**Ayala Law P.A.**

2490 Coral Way, 401

Miami, FL 33145

305-570-2208 Main Line

833-33-AYALA Toll Free

Visit our website: www.lawayala.com

**\*\*\*ATTENTION - OUR ADDRESS RECENTLY CHANGED\*\*\***

CONFIDENTIALITY NOTICE: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. Although we have taken steps to ensure that this email and its attachments, if any, are free from any virus, we advise that the recipient should ensure they are actually virus free.

All parties relying on the information contained in this email or attachments hereto acknowledge and agree that in the event of any errors or omissions in connection with the preparation of the same including, without limitation, any mathematical or clerical errors, at the request of any party, the appropriate adjustment shall be made and such additional sums, if any shall be due immediately from any other parties relying on the information contained herein.

PLEASE BE NOTIFIED THAT OUR NORMAL LETTERS AND E-MAILS TO YOU ARE NOT INTENDED TO MEET THE "COVERED OPINION" TEST.  ADDITIONALLY, THIS EMAIL SHALL NOT CONSTITUTE A LEGAL OPINION AND MAY NOT BE RELIED UPON FOR SUCH PURPOSE.

Also, be aware that *Wire Fraud is Real*.  Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

On Mon, Oct 25, 2021 at 2:57 PM Sulay Garcia <sgarcia@ayalalawpa.com> wrote:

Good afternoon Zachary-

Mr.Maura is available for a call on Wednesday after 10:30 am. Please let me know if you are available and what time.

Thank you.

Sincerely,

Sulay Garcia

*Senior Paralegal*

**Ayala Law P.A.**

2490 Coral Way, 401

Miami, FL 33145

305-570-2208 Main Line

833-33-AYALA Toll Free

Visit our website: www.lawayala.com



***ATTENTION - OUR ADDRESS RECENTLY CHANGED***

CONFIDENTIALITY NOTICE: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. Although we have taken steps to ensure that this email and its attachments, if any, are free from any virus, we advise that the recipient should ensure they are actually virus free.

All parties relying on the information contained in this email or attachments hereto acknowledge and agree that in the event of any errors or omissions in connection with the preparation of the same including, without limitation, any mathematical or clerical errors, at the request of any party, the appropriate adjustment shall be made and such additional sums, if any shall be due immediately from any other parties relying on the information contained herein.

PLEASE BE NOTIFIED THAT OUR NORMAL LETTERS AND E-MAILS TO YOU ARE NOT INTENDED TO MEET THE "COVERED OPINION" TEST.  ADDITIONALLY, THIS EMAIL SHALL NOT CONSTITUTE A LEGAL OPINION AND MAY NOT BE RELIED UPON FOR SUCH PURPOSE.

Also, be aware that *Wire Fraud is Real*.  Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

On Fri, Oct 22, 2021 at 1:17 PM Zachary D. Ludens <zludens@zpllp.com> wrote:

> Also, I strenuously object to having the objections set since there has been no conferral to date.  If the notice is filed without conferral, I will move to strike it.

**ZACHARY D. LUDENS, ESQ.** | *Senior Associate*

110 Southeast 6th Street. Suite 2900. Ft. Lauderdale, FL 33301
zludens@zpllp.com | zpllp.com |

D: 954-595-6075 | C: 305-916-0764 | F: 954-989-7781
Profile | LinkedIn | Facebook | Twitter

**CONFIDENTIAL NOTICE:** The information contained in this electronic mail transmission is intended by Zebersky Payne Shaw Lewenz, LLP for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to deliver it to the named addressee). *Disseminating, distributing or copying of this communication is strictly prohibited.* If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Zebersky Payne Shaw Lewenz, LLP at 1-800-634-1808, so that our address record can be corrected.

Pursuant to federal regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any tax advice contained herein is not intended or written to be used for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service. If this advice is or is intended to be used or referred to in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement, the regulations under Circular 230 require that we advise you as follows: (1) this writing is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax penalties that may be imposed on a taxpayer; (2) the advice was written to support the promotion or marketing of the transaction(s) or matter(s) addressed by the written advice; and (3) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

**From:** Zachary D. Ludens
**Sent:** Friday, October 22, 2021 1:13 PM
**To:** 'Sulay Garcia' <sgarcia@ayalalawpa.com>; Maria Edmondson <MEdmondson@zpllp.com>; Margaux Lomastro <MLomastro@zpllp.com>; Jordan Shaw <JShaw@zpllp.com>
**Cc:** Eduardo A. Maura <eduardo@ayalalawpa.com>; Luis Quesada <lquesada@ayalalawpa.com>; bdervishi@wdpalaw.com; service@wdpalaw.com
**Subject:** RE: MBI v. Apex et al.- Discovery Hearing Dates

What time of day?

I am unavailable before 2 on 11/2.

I can be open on 11/4.

I am unavailable after 2 on 11/8.

I am open 11/9.

I am also following up on our objections to the subpoena to Wells Fargo. I gave Mr. Maura our proposal weeks ago and asked him if he agreed or if I needed to set it for hearing, and he has never responded.

Regards,

Zach



**ZACHARY D. LUDENS, ESQ.** | *Senior Associate*

110 Southeast 6th Street. Suite 2900. Ft. Lauderdale, FL 33301
zludens@zpllp.com | zpllp.com |

D: 954-595-6075 | C: 305-916-0764 | F: 954-989-7781
Profile | LinkedIn | Facebook | Twitter

**CONFIDENTIAL NOTICE:** The information contained in this electronic mail transmission is intended by Zebersky Payne Shaw Lewenz, LLP for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to deliver it to the named addressee). *Disseminating, distributing or copying of this communication is strictly prohibited.* If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Zebersky Payne Shaw Lewenz, LLP at 1-800-634-1808, so that our address record can be corrected.

Pursuant to federal regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any tax advice contained herein is not intended or written to be used for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service. If this advice is or is intended to be used or referred to in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement, the regulations under Circular 230 require that we advise you as follows: (1) this writing is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax penalties that may be imposed on a taxpayer; (2) the advice was written to support the promotion or marketing of the transaction(s) or matter(s) addressed by the written advice; and (3) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

**From:** Sulay Garcia <sgarcia@ayalalawpa.com>
**Sent:** Friday, October 22, 2021 10:32 AM
**To:** Zachary D. Ludens <zludens@zpllp.com>; Maria Edmondson <MEdmondson@zpllp.com>; Margaux Lomastro <MLomastro@zpllp.com>; Jordan Shaw <JShaw@zpllp.com>
**Cc:** Eduardo A. Maura <eduardo@ayalalawpa.com>; Luis Quesada <lquesada@ayalalawpa.com>; bdervishi@wdpalaw.com; service@wdpalaw.com
**Subject:** MBI v. Apex et al.- Discovery Hearing Dates

Good morning-

Our office would like to set Sadick's discovery objections for hearing. Below are the Judge's available dates:

- November 2nd
- November 4th
- November 8th
- November 9th

We must provide the Judge with 3 agreed upon dates and she will choose one to set the hearing.

Please get back to me as soon as you are able.

Thank you.

Sincerely,

Sulay Garcia

*Senior Paralegal*

**Ayala Law P.A.**

2490 Coral Way, 401

Miami, FL 33145

305-570-2208 Main Line

833-33-AYALA Toll Free

Visit our website: www.lawayala.com

**\*\*\*ATTENTION - OUR ADDRESS RECENTLY CHANGED\*\*\***

CONFIDENTIALITY NOTICE: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. Although we have taken steps to ensure that this email and its attachments, if any, are free from any virus, we advise that the recipient should ensure they are actually virus free.

All parties relying on the information contained in this email or attachments hereto acknowledge and agree that in the event of any errors or omissions in connection with the preparation of the same including, without limitation, any mathematical or clerical errors, at the request of any party, the appropriate adjustment shall be made and such additional sums, if any shall be due immediately from any other parties relying on the information contained herein.

PLEASE BE NOTIFIED THAT OUR NORMAL LETTERS AND E-MAILS TO YOU ARE NOT INTENDED TO MEET THE "COVERED OPINION" TEST.  ADDITIONALLY, THIS EMAIL SHALL NOT CONSTITUTE A LEGAL OPINION AND MAY NOT BE RELIED UPON FOR SUCH PURPOSE.

Also, be aware that *Wire Fraud is Real*.  Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

14