# EXHIBIT C

**Zachary D. Ludens**

| | |
|---|---|
| **From:** | Zachary D. Ludens |
| **Sent:** | Thursday, November 11, 2021 10:34 AM |
| **To:** | 'Brian Dervishi'; 'Eduardo A. Maura' |
| **Cc:** | Christopher Weeks; Luis Quesada; jorge; Sulay Garcia |
| **Subject:** | RE: Third Request for Dates of Deposition of Barnes, Jones, Alvarez, Imitari and Apex; Second request for Deposition of Tilman, Sadick and Sadick PC. |

Mr. Maura:

I need proposed 30(b)(6) topics for the entity's deposition before I can provide dates to see who will be testifying and how much time they need to get up to speed and prepare for the deposition.

As far as Mr. Sadick's deposition, I think it is prudent to seek guidance from the Court (perhaps you can roll into the next hearing if Mr. Dervishi consents and is available) regarding the fact that under the Texas Rules of Professional Conduct, Mr. Sadick cannot reveal confidential/privileged information absent an order compelling him to do so.  Given our history in this case thus far, I anticipate having to instruct my client not to answer within the first five minutes of the deposition.  This will necessitate you having to make a motion to the judge.  So, unless and until there is a motion made and an order entered, a deposition will be a waste of time since my client cannot answer the majority of the questions that you will ask absent a waiver from Mr. Barnes and Imitari or an order of the Court telling him that he can.  Moreover, my client is going to insist that there be no more than one deposition here, and if you choose to try to take it now, prior to any determinations, we will seek protective orders against further re-openings.

We can disagree over whether the communications with Barnes and Imitari are ultimately privileged and/or confidential.  But, Texas Rule of Professional Conduct 1.05 is clear in that Mr. Sadick cannot reveal them absent a waiver or an order directing him to do so.

Let's not waste time on this.  Make a motion to the Court and try to get your order.  Since it is not my client's privilege, we will take the position that we will follow the Court's directive but otherwise will not oppose the motion.  I anticipate that Mr. Dervishi (for Mr. Barnes and Imitari) will oppose your motion, but I can't speak for him.

If you refuse to make the motion and insist on a deposition, this email will be exhibit 1 to my response when you go to the Court after the deposition and claim that my client somehow improperly refused to answer questions—which would cause my client to violate the Texas Rules of Professional Conduct.

I understand that you are attempting to claim the crime-fraud exception, but I would urge you to review *United States v. Zolin*, 491 U.S. 554, 562–63 (1989) and subsequent progeny.  A factual basis has to be laid and (generally) a motion made before the attorney-client privilege and confidentiality may be invaded.  My client will oppose any motion seeking a determination that a crime-fraud exception applies, however.

Regards,
Zach



**ZACHARY D. LUDENS, ESQ.**  |  *Senior Associate*
110 Southeast 6th Street. Suite 2900. Ft. Lauderdale, FL 33301
zludens@zpllp.com | zpllp.com |

1

D: 954-595-6075 | C: 305-916-0764 | F: 954-989-7781
Profile | LinkedIn | Facebook | Twitter

**CONFIDENTIAL NOTICE:** The information contained in this electronic mail transmission is intended by Zebersky Payne Shaw Lewenz, LLP for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to deliver it to the named addressee). *Disseminating, distributing or copying of this communication is strictly prohibited.* If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Zebersky Payne Shaw Lewenz, LLP at 1-800-634-1808, so that our address record can be corrected.

Pursuant to federal regulations imposed on practitioners who render tax advice ("Circular 230"), we are required to advise you that any tax advice contained herein is not intended or written to be used for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service. If this advice is or is intended to be used or referred to in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement, the regulations under Circular 230 require that we advise you as follows: (1) this writing is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax penalties that may be imposed on a taxpayer; (2) the advice was written to support the promotion or marketing of the transaction(s) or matter(s) addressed by the written advice; and (3) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

**From:** Brian Dervishi <brian@wdpalaw.com>
**Sent:** Wednesday, November 10, 2021 11:16 PM
**To:** 'Eduardo A. Maura' <eduardo@ayalalawpa.com>; Zachary D. Ludens <zludens@zpllp.com>
**Cc:** Christopher Weeks <cweeks@wdpalaw.com>; Luis Quesada <lquesada@ayalalawpa.com>; jorge <jgm@gmilaw.com>; Sulay Garcia <sgarcia@ayalalawpa.com>
**Subject:** RE: Third Request for Dates of Deposition of Barnes, Jones, Alvarez, Imitari and Apex; Second request for Deposition of Tilman, Sadick and Sadick PC.

Request received Eduardo, closed Thursday for Veterans Day, I'll try to have dates for you Friday.

Regards,

Brian S. Dervishi
(305) 347-4072 (Direct)

This email communication and any attachments may contain legally privileged and confidential information intended solely for the use of the intended recipient and protected by the attorney-client privilege. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication or its attachments is strictly prohibited. Thank you.

**From:** Eduardo A. Maura <eduardo@ayalalawpa.com>
**Sent:** Wednesday, November 10, 2021 7:12 AM
**To:** Brian Dervishi <brian@wdpalaw.com>; Zachary D. Ludens <zludens@zpllp.com>
**Cc:** Christopher Weeks <cweeks@wdpalaw.com>; Luis Quesada <lquesada@ayalalawpa.com>; jorge <jgm@gmilaw.com>; Sulay Garcia <sgarcia@ayalalawpa.com>
**Subject:** Third Request for Dates of Deposition of Barnes, Jones, Alvarez, Imitari and Apex; Second request for Deposition of Tilman, Sadick and Sadick PC.

Good morning:

Following up on this one last time. After tomorrow, we'll set this for hearing.


Sincerely,

Eduardo A. Maura I Bio
*Attorney*
**Ayala Law P.A.**
2490 Coral Way, 4th Floor
Miami, FL 33145
305-570-2208 Main
Visit:  www.lawayala.com



***ATTENTION - OUR ADDRESS RECENTLY CHANGED***

CONFIDENTIALITY NOTICE: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. Although we have taken steps to ensure that this email and its attachments, if any, are free from any virus, we advise that the recipient should ensure they are actually virus free.

All parties relying on the information contained in this email or attachments hereto acknowledge and agree that in the event of any errors or omissions in connection with the preparation of the same including, without limitation, any mathematical or clerical errors, at the request of any party, the appropriate adjustment shall be made and such additional sums, if any shall be due immediately from any other parties relying on the information contained herein.

PLEASE BE NOTIFIED THAT OUR NORMAL LETTERS AND E-MAILS TO YOU ARE NOT INTENDED TO MEET THE "COVERED OPINION" TEST.  ADDITIONALLY, THIS EMAIL SHALL NOT CONSTITUTE A LEGAL OPINION AND MAY NOT BE RELIED UPON FOR SUCH PURPOSE.

Also, be aware that *Wire Fraud is Real*.  Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

On Thu, Oct 28, 2021 at 12:59 PM Eduardo A. Maura <eduardo@ayalalawpa.com> wrote:

> Good afternoon Brian and Zachary: It was great to see you today.
>
> Brian: Please give us dates in November for the deposition of:
>
> - Tillman
> - Barnes
> - Jones
> - Alvarez
> - Imitari
> - Apex.
>
> Zachary: Please give us dates in November for the deposition of:

- Sadick
- JL Sadick PC.

Sincerely,

Eduardo A. Maura I [Bio](#)
*Attorney*
**Ayala Law P.A.**
2490 Coral Way, 4th Floor
Miami, FL 33145
305-570-2208 Main
Visit: [www.lawayala.com](http://www.lawayala.com)



**\*\*\*ATTENTION - OUR ADDRESS RECENTLY CHANGED\*\*\***

CONFIDENTIALITY NOTICE: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. Although we have taken steps to ensure that this email and its attachments, if any, are free from any virus, we advise that the recipient should ensure they are actually virus free.

All parties relying on the information contained in this email or attachments hereto acknowledge and agree that in the event of any errors or omissions in connection with the preparation of the same including, without limitation, any mathematical or clerical errors, at the request of any party, the appropriate adjustment shall be made and such additional sums, if any shall be due immediately from any other parties relying on the information contained herein.

PLEASE BE NOTIFIED THAT OUR NORMAL LETTERS AND E-MAILS TO YOU ARE NOT INTENDED TO MEET THE "COVERED OPINION" TEST.  ADDITIONALLY, THIS EMAIL SHALL NOT CONSTITUTE A LEGAL OPINION AND MAY NOT BE RELIED UPON FOR SUCH PURPOSE.

Also, be aware that \*Wire Fraud is Real\*.  Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

On Tue, Sep 7, 2021 at 9:59 AM Eduardo A. Maura <eduardo@ayalalawpa.com> wrote:

> Good morning Brian:
>
> Please provide dates for the depositions of

- Mr. Barnes
- Mr. Jones
- Mr. Alvarez
- Imitari
- Apex,

between October 4, and October 22 please. Thank you.

The discovery deadlines are fast approaching. Let me know also if you will be taking the deposition of my client. Thank you.

Sincerely,

Eduardo A. Maura
*Attorney*
**Ayala Law P.A.**
2490 Coral Way, Ste 401
Miami, FL 33145
305-570-2208 Main Line
833-33-AYALA Toll Free
Visit our website: www.lawayala.com

**\*\*\*ATTENTION - OUR ADDRESS RECENTLY CHANGED\*\*\***

CONFIDENTIALITY NOTICE: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. Although we have taken steps to ensure that this email and its attachments, if any, are free from any virus, we advise that the recipient should ensure they are actually virus free.

All parties relying on the information contained in this email or attachments hereto acknowledge and agree that in the event of any errors or omissions in connection with the preparation of the same including, without limitation, any mathematical or clerical errors, at the request of any party, the appropriate adjustment shall be made and such additional sums, if any shall be due immediately from any other parties relying on the information contained herein.

PLEASE BE NOTIFIED THAT OUR NORMAL LETTERS AND E-MAILS TO YOU ARE NOT INTENDED TO MEET THE "COVERED OPINION" TEST.  ADDITIONALLY, THIS EMAIL SHALL NOT CONSTITUTE A LEGAL OPINION AND MAY NOT BE RELIED UPON FOR SUCH PURPOSE.

Also, **be aware that \*\*Wire Fraud is Real\*\***.  Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.