# **<u>EXHIBIT E</u>**

## Zachary D. Ludens

| | |
|---|---|
| **From:** | Eduardo A. Maura <eduardo@ayalalawpa.com> |
| **Sent:** | Tuesday, January 11, 2022 5:15 PM |
| **To:** | Zachary D. Ludens |
| **Cc:** | Brian Dervishi; Christopher Weeks; Luis Quesada; Service of Court Documents; Sulay Garcia; jorge |
| **Subject:** | Re: Continuance of trial - meet and confer. |

Responses to discovery.

Sincerely,

Eduardo A. Maura I Bio
*Attorney*
**Ayala Law P.A.**
2490 Coral Way, 4th Floor
Miami, FL 33145
305-570-2208 Main
Visit: www.lawayala.com

**\*\*\*ATTENTION - OUR ADDRESS RECENTLY CHANGED\*\*\***

CONFIDENTIALITY NOTICE: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. Although we have taken steps to ensure that this email and its attachments, if any, are free from any virus, we advise that the recipient should ensure they are actually virus free.

All parties relying on the information contained in this email or attachments hereto acknowledge and agree that in the event of any errors or omissions in connection with the preparation of the same including, without limitation, any mathematical or clerical errors, at the request of any party, the appropriate adjustment shall be made and such additional sums, if any shall be due immediately from any other parties relying on the information contained herein.

PLEASE BE NOTIFIED THAT OUR NORMAL LETTERS AND E-MAILS TO YOU ARE NOT INTENDED TO MEET THE "COVERED OPINION" TEST.  ADDITIONALLY, THIS EMAIL SHALL NOT CONSTITUTE A LEGAL OPINION AND MAY NOT BE RELIED UPON FOR SUCH PURPOSE.

Also, be aware that \*Wire Fraud is Real\*.  Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

On Tue, Jan 11, 2022 at 5:13 PM Zachary D. Ludens <zludens@zpllp.com> wrote:

What is the recently obtained information?

Get Outlook for iOS

---

**From:** Eduardo A. Maura <eduardo@ayalalawpa.com>
**Sent:** Tuesday, January 11, 2022 3:11 PM
**To:** Brian Dervishi
**Cc:** Christopher Weeks; Luis Quesada; Service of Court Documents; Sulay Garcia; Zachary D. Ludens; jorge
**Subject:** Continuance of trial - meet and confer.

Dear all:

We are going to seek a 6-month continuance of trial and all related trial deadlines based on the recently obtained information. Please let us know if you will oppose it.

Sincerely,

Eduardo A. Maura I Bio
*Attorney*
**Ayala Law P.A.**
2490 Coral Way, 4th Floor
Miami, FL 33145
305-570-2208 Main
Visit: www.lawayala.com

**\*\*\*ATTENTION - OUR ADDRESS RECENTLY CHANGED\*\*\***

CONFIDENTIALITY NOTICE: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. Although we have taken steps to ensure that this email and its attachments, if any, are free from any virus, we advise that the recipient should ensure they are actually virus free.

All parties relying on the information contained in this email or attachments hereto acknowledge and agree that in the event of any errors or omissions in connection with the preparation of the same including, without limitation, any mathematical or clerical errors, at the request of any party, the appropriate adjustment shall be made and such additional sums, if any shall be due immediately from any other parties relying on the information contained herein.

PLEASE BE NOTIFIED THAT OUR NORMAL LETTERS AND E-MAILS TO YOU ARE NOT INTENDED TO MEET THE "COVERED OPINION" TEST.  ADDITIONALLY, THIS EMAIL SHALL NOT CONSTITUTE A LEGAL OPINION AND MAY NOT BE RELIED UPON FOR SUCH PURPOSE.

Also, be aware that \*Wire Fraud is Real\*.  Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

On Wed, Jan 5, 2022 at 10:06 AM Brian Dervishi <brian@wdpalaw.com> wrote:

Anytime this week Eduardo. Thanks


Brian S. Dervishi

(305) 347-4072 (direct)


---

**From:** Eduardo A. Maura <eduardo@ayalalawpa.com>
**Sent:** Wednesday, January 5, 2022 10:03 AM
**To:** Brian Dervishi <brian@wdpalaw.com>
**Cc:** Christopher Weeks <cweeks@wdpalaw.com>; Luis Quesada <lquesada@ayalalawpa.com>; Service of Court Documents <Service@wdpalaw.com>; Sulay Garcia <sgarcia@ayalalawpa.com>; Zachary D. Ludens <zludens@zpllp.com>; jorge <jgm@gmilaw.com>
**Subject:** Re: Depo schedule - Third Request for Dates of Deposition of Barnes, Jones, Alvarez, Imitari and Apex; Second request for Deposition of Tilman, Sadick and Sadick PC.


Sorry about the delay. I'm abroad. Can I have until tomorrow to send you our responses?


On Tue, Dec 28, 2021 at 12:27 AM Brian Dervishi <brian@wdpalaw.com> wrote:

Hello Eduardo, I will not be able to produce anyone before January 7th. We may have to double track this because I'll need dates for Jorge and a corporate representative of the plaintiff LLC.

Please also let me know when I should receive responses to our discovery, you're past the one week extension.


I wish the Court had been a little more generous on time.


Regards,


Brian S. Dervishi

(305) 347-4072 (Direct)

This email communication and any attachments may contain legally privileged and confidential information solely for the use of the intended recipient and protected by the attorney-client privilege.  If you are not the intended recipient, you should immediately stop reading this message and delete it from your system.  Any unauthorized reading, distribution, copying or other use of this communication or its attachments is strictly prohibited.  Thank you.

**From:** Eduardo A. Maura <eduardo@ayalalawpa.com>
**Sent:** Monday, December 27, 2021 6:25 PM
**To:** Brian Dervishi <brian@wdpalaw.com>
**Cc:** Christopher Weeks <cweeks@wdpalaw.com>; Luis Quesada <lquesada@ayalalawpa.com>; Service of Court Documents <Service@wdpalaw.com>; Sulay Garcia <sgarcia@ayalalawpa.com>; Zachary D. Ludens <zludens@zpllp.com>; jorge <jgm@gmilaw.com>
**Subject:** Re: Depo schedule - Third Request for Dates of Deposition of Barnes, Jones, Alvarez, Imitari and Apex; Second request for Deposition of Tilman, Sadick and Sadick PC.

Gentlemen:

Please provide dates for the deposition of Tillman (to complete), Jones, Barnes, Alvarez, Sadick before January 14, 2022.

Thank you.

On Wed, Dec 1, 2021 at 3:17 PM Brian Dervishi <brian@wdpalaw.com> wrote:

Hello Ms. Garcia, 12/15 at 10:00 a.m. is fine.

Mr. Tillman will not appear unless I have been served (email is fine) by a duly signed subpoena and he has been provided a witness fee.

Thank you.

Brian S. Dervishi

(305) 347-4072 (direct)

**From:** Sulay Garcia <sgarcia@ayalalawpa.com>
**Sent:** Wednesday, December 1, 2021 3:13 PM
**To:** Brian Dervishi <brian@wdpalaw.com>
**Cc:** Zachary D. Ludens <zludens@zpllp.com>; Christopher Weeks <cweeks@wdpalaw.com>; Luis Quesada <lquesada@ayalalawpa.com>; jorge <jgm@gmilaw.com>; Service of Court Documents <Service@wdpalaw.com>; Eduardo A. Maura <eduardo@ayalalawpa.com>
**Subject:** Re: Depo schedule - Third Request for Dates of Deposition of Barnes, Jones, Alvarez, Imitari and Apex; Second request for Deposition of Tilman, Sadick and Sadick PC.

Good afternoon Mr. Dervishi-

Following up on the previous email. Please respond by end of the business day. If we do not receive a response we will schedule the deposition of Mr.Tillman for December 15th at 10:00 am.

Thank you.

Sincerely,

Sulay Garcia

*Senior Paralegal*

**Ayala Law P.A.**

2490 Coral Way, 401

Miami, FL 33145

305-570-2208 Main Line

833-33-AYALA Toll Free

Visit our website: www.lawayala.com

**\*\*\*ATTENTION - OUR ADDRESS RECENTLY CHANGED\*\*\***

CONFIDENTIALITY NOTICE: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. Although we have taken steps to ensure that this email and its attachments, if any, are free from any virus, we advise that the recipient should ensure they are actually virus free.

All parties relying on the information contained in this email or attachments hereto acknowledge and agree that in the event of any errors or omissions in connection with the preparation of the same including, without limitation, any mathematical or clerical errors, at the request of any party, the appropriate adjustment shall be made and such additional sums, if any shall be due immediately from any other parties relying on the information contained herein.

PLEASE BE NOTIFIED THAT OUR NORMAL LETTERS AND E-MAILS TO YOU ARE NOT INTENDED TO MEET THE "COVERED OPINION" TEST.  ADDITIONALLY, THIS EMAIL SHALL NOT CONSTITUTE A LEGAL OPINION AND MAY NOT BE RELIED UPON FOR SUCH PURPOSE.

Also, be aware that \*Wire Fraud is Real\*.  Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

On Mon, Nov 29, 2021 at 6:08 PM Eduardo A. Maura <eduardo@ayalalawpa.com> wrote:

Brian, as discussed, these are the proposed new dates for the deposition of Mr. Tillman.

- December 15 at 10am.
- December 16 at 10am.

Please let me know which one works best for you.

We will send later dates for the rest of the depositions. Thank you.

Sincerely,

Eduardo A. Maura I Bio

*Attorney*

**Ayala Law P.A.**

2490 Coral Way, 4th Floor

Miami, FL 33145

305-570-2208 Main

Visit: www.lawayala.com

**\*\*\*ATTENTION - OUR ADDRESS RECENTLY CHANGED\*\*\***

CONFIDENTIALITY NOTICE: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. Although we have taken steps to ensure that this email and its attachments, if any, are free from any virus, we advise that the recipient should ensure they are actually virus free.

All parties relying on the information contained in this email or attachments hereto acknowledge and agree that in the event of any errors or omissions in connection with the preparation of the same including, without limitation, any mathematical or clerical errors, at the request of any party, the appropriate adjustment shall be made and such additional sums, if any shall be due immediately from any other parties relying on the information contained herein.

PLEASE BE NOTIFIED THAT OUR NORMAL LETTERS AND E-MAILS TO YOU ARE NOT INTENDED TO MEET THE "COVERED OPINION" TEST.  ADDITIONALLY, THIS EMAIL SHALL NOT CONSTITUTE A LEGAL OPINION AND MAY NOT BE RELIED UPON FOR SUCH PURPOSE.

Also, be aware that *Wire Fraud is Real*.  Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

On Mon, Nov 15, 2021 at 11:57 AM Eduardo A. Maura <eduardo@ayalalawpa.com> wrote:

Good morning Brian:

This is the proposed depo schedule:

Tillman: Dec. 7 at 10am.

Alvarez: Dec. 8 at 10am.

Barnes: Dec. 9 at 10am.

Jones: Dec. 10 at 10am.

Sincerely,

Eduardo A. Maura I Bio

*Attorney*

**Ayala Law P.A.**

2490 Coral Way, 4th Floor

Miami, FL 33145

305-570-2208 Main

Visit: www.lawayala.com

**\*\*\*ATTENTION - OUR ADDRESS RECENTLY CHANGED\*\*\***

CONFIDENTIALITY NOTICE: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. Although we have taken steps to ensure that this email and its attachments, if any, are free from any virus, we advise that the recipient should ensure they are actually virus free.

All parties relying on the information contained in this email or attachments hereto acknowledge and agree that in the event of any errors or omissions in connection with the preparation of the same including, without limitation, any mathematical or clerical errors, at the request of any party, the appropriate adjustment shall be made and such additional sums, if any shall be due immediately from any other parties relying on the information contained herein.

PLEASE BE NOTIFIED THAT OUR NORMAL LETTERS AND E-MAILS TO YOU ARE NOT INTENDED TO MEET THE "COVERED OPINION" TEST.  ADDITIONALLY, THIS EMAIL SHALL NOT CONSTITUTE A LEGAL OPINION AND MAY NOT BE RELIED UPON FOR SUCH PURPOSE.

Also, be aware that \*Wire Fraud is Real\*.  Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

On Fri, Nov 12, 2021 at 1:17 PM Brian Dervishi <brian@wdpalaw.com> wrote:

Good afternoon Eduardo,

We can schedule client depositions during the weeks of December 6 and December 13th.

I just received an order scheduling a docket call in Lee County on December 13th at 9:00 a.m. but it is by Zoom.

We'll have to address some child pick up and drop off from school for Mr. Jones in scheduling.

Mr. Tillman will require a subpoena and witness fee but he has authorized me to accept service of it by e-mail.

Please send me your proposed schedule and let's plan on completing the deposition of plaintiff during that same time period.

We also offer to jointly seek additional discovery extension if necessary through January.

I'll be sending you some discovery later today.

I remain hopeful a settlement can be reached in short order but I understand we have to prepare for trial.

Regards, Brian

Brian S. Dervishi

(305) 347-4072 (direct)

---

**From:** Brian Dervishi
**Sent:** Wednesday, November 10, 2021 11:16 PM
**To:** 'Eduardo A. Maura' <eduardo@ayalalawpa.com>; Zachary D. Ludens <zludens@zpllp.com>
**Cc:** Christopher Weeks <cweeks@wdpalaw.com>; Luis Quesada <lquesada@ayalalawpa.com>; jorge <jgm@gmlaw.com>; Sulay Garcia <sgarcia@ayalalawpa.com>
**Subject:** RE: Third Request for Dates of Deposition of Barnes, Jones, Alvarez, Imitari and Apex; Second request for Deposition of Tilman, Sadick and Sadick PC.

Request received Eduardo, closed Thursday for Veterans Day, I'll try to have dates for you Friday.

Regards,


Brian S. Dervishi

(305) 347-4072 (Direct)


This email communication and any attachments may contain legally privileged and confidential information intended solely for the use of the intended recipient and protected by the attorney-client privilege.  If you are not the intended recipient, you should immediately stop reading this message and delete it from your system.  Any unauthorized reading, distribution, copying or other use of this communication or its attachments is strictly prohibited.  Thank you.


**From:** Eduardo A. Maura <eduardo@ayalalawpa.com>
**Sent:** Wednesday, November 10, 2021 7:12 AM
**To:** Brian Dervishi <brian@wdpalaw.com>; Zachary D. Ludens <zludens@zpllp.com>
**Cc:** Christopher Weeks <cweeks@wdpalaw.com>; Luis Quesada <lquesada@ayalalawpa.com>; jorge <jgm@gmilaw.com>; Sulay Garcia <sgarcia@ayalalawpa.com>
**Subject:** Third Request for Dates of Deposition of Barnes, Jones, Alvarez, Imitari and Apex; Second request for Deposition of Tilman, Sadick and Sadick PC.


Good morning:


Following up on this one last time. After tomorrow, we'll set this for hearing.



Sincerely,


Eduardo A. Maura I Bio

*Attorney*

**Ayala Law P.A.**

2490 Coral Way, 4th Floor

Miami, FL 33145

305-570-2208 Main

Visit: www.lawayala.com

**\*\*\*ATTENTION - OUR ADDRESS RECENTLY CHANGED\*\*\***

CONFIDENTIALITY NOTICE: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. Although we have taken steps to ensure that this email and its attachments, if any, are free from any virus, we advise that the recipient should ensure they are actually virus free.

All parties relying on the information contained in this email or attachments hereto acknowledge and agree that in the event of any errors or omissions in connection with the preparation of the same including, without limitation, any mathematical or clerical errors, at the request of any party, the appropriate adjustment shall be made and such additional sums, if any shall be due immediately from any other parties relying on the information contained herein.

PLEASE BE NOTIFIED THAT OUR NORMAL LETTERS AND E-MAILS TO YOU ARE NOT INTENDED TO MEET THE "COVERED OPINION" TEST.  ADDITIONALLY, THIS EMAIL SHALL NOT CONSTITUTE A LEGAL OPINION AND MAY NOT BE RELIED UPON FOR SUCH PURPOSE.

Also, be aware that \*Wire Fraud is Real\*.  Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

On Thu, Oct 28, 2021 at 12:59 PM Eduardo A. Maura <eduardo@ayalalawpa.com> wrote:

Good afternoon Brian and Zachary: It was great to see you today.

Brian: Please give us dates in November for the deposition of:

- Tillman
- Barnes
- Jones
- Alvarez
- Imitari
- Apex.

Zachary: Please give us dates in November for the deposition of:

- Sadick
- JL Sadick PC.

Sincerely,

Eduardo A. Maura I [Bio](#)

*Attorney*

**Ayala Law P.A.**

[2490 Coral Way, 4th Floor](#)

[Miami, FL 33145](#)

305-570-2208 Main

Visit: [www.lawayala.com](#)

**\*\*\*ATTENTION - OUR ADDRESS RECENTLY CHANGED\*\*\***

CONFIDENTIALITY NOTICE: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. Although we have taken steps to ensure that this email and its attachments, if any, are free from any virus, we advise that the recipient should ensure they are actually virus free.

All parties relying on the information contained in this email or attachments hereto acknowledge and agree that in the event of any errors or omissions in connection with the preparation of the same including, without limitation, any mathematical or clerical errors, at the request of any party, the appropriate adjustment shall be made and such additional sums, if any shall be due immediately from any other parties relying on the information contained herein.

PLEASE BE NOTIFIED THAT OUR NORMAL LETTERS AND E-MAILS TO YOU ARE NOT INTENDED TO MEET THE "COVERED OPINION" TEST.  ADDITIONALLY, THIS EMAIL SHALL NOT CONSTITUTE A LEGAL OPINION AND MAY NOT BE RELIED UPON FOR SUCH PURPOSE.

Also, be aware that *Wire Fraud is Real*.  Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

On Tue, Sep 7, 2021 at 9:59 AM Eduardo A. Maura <eduardo@ayalalawpa.com> wrote:

Good morning Brian:

Please provide dates for the depositions of

- Mr. Barnes
- Mr. Jones
- Mr. Alvarez
- Imitari
- Apex,

between October 4, and October 22 please. Thank you.

The discovery deadlines are fast approaching. Let me know also if you will be taking the deposition of my client. Thank you.

Sincerely,


Eduardo A. Maura

*Attorney*

**Ayala Law P.A.**

2490 Coral Way, Ste 401

Miami, FL 33145

305-570-2208 Main Line

833-33-AYALA Toll Free

Visit our website: www.lawayala.com

**\*\*\*ATTENTION - OUR ADDRESS RECENTLY CHANGED\*\*\***


CONFIDENTIALITY NOTICE: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. Although we have taken steps to ensure that this email and its attachments, if any, are free from any virus, we advise that the recipient should ensure they are actually virus free.

All parties relying on the information contained in this email or attachments hereto acknowledge and agree that in the event of any errors or omissions in connection with the preparation of the same including, without limitation, any mathematical or clerical errors, at the request of any party, the appropriate adjustment shall be made and such additional sums, if any shall be due immediately from any other parties relying on the information contained herein.

PLEASE BE NOTIFIED THAT OUR NORMAL LETTERS AND E-MAILS TO YOU ARE NOT INTENDED TO MEET THE "COVERED OPINION" TEST.  ADDITIONALLY, THIS EMAIL SHALL NOT CONSTITUTE A LEGAL OPINION AND MAY NOT BE RELIED UPON FOR SUCH PURPOSE.

Also, **be aware that **Wire Fraud is Real**.**  Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

--

Sincerely,

Eduardo A. Maura.
Attorney
Ayala Law PA
2490 Coral Way, Fourth Floor,
Miami, FL 33145
305-570-2208 Phone
305-503-7206 Fax
Visit our website: www.lawayala.com

--

Sincerely,

Eduardo A. Maura.
Attorney
Ayala Law PA
2490 Coral Way, Fourth Floor,
Miami, FL 33145
305-570-2208 Phone
305-503-7206 Fax
Visit our website: www.lawayala.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more [Click Here](Click Here).