IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MBI SERVICES, LLC,                                              Case No. 21-cv-20975-BLOOM/Otazo-Reyes

      Plaintiff,

v.

APEX DISTRIBUTION LLC, HECTOR
ALVAREZ, GREGORY JONES, IMITARI
CORPORATION, TERRY BARNES,
DAVID K. TILLMAN PLLC, JAN LAURENCE
SADICK, and J.L. SADICK, P.C.,

      Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Come now, Plaintiff MBI Services, LLC AND Defendants Jan Laurence Sadick and J.L. Sadick P.C., by and through undersigned counsel of record, and hereby provide the Court notice Plaintiff and the Sadick Defendants have reached a settlement. The Parties have a signed settlement agreement and need only fully perform thereunder. Upon full performance, the Parties will jointly submit a Stipulation of Dismissal with prejudice with each party to bear its own fees and costs or move to dismiss depending on the agreement of the other Defendants. The Parties request ten (10) days to file the Stipulation of Dismissal or Motion to Dismiss and ask that all deadlines as to the Sadick Defendants be stayed pending fully performance.

Date:   April 11, 2022

By: */s/Zachary D. Ludens*
JORDAN A. SHAW, ESQ.
Fla Bar No.: 111771
ZACHARY D. LUDENS, ESQ.
Fla. Bar. No. 111620
ZEBERSKY PAYNE SHAW LEWENZ, LLP
110 SE 6th Street Suite 2900
Ft. Lauderdale, FL 33301
Telephone: (954) 989-6333
Facsimile: (954) 989-7781
Primary Email:   JShaw@zpllp.com;
ZLudens@zpllp.com
Secondary Email: mlomastro@zpllp.com

**AYALA LAW, P.A.**

By: */s/Eduardo A. Maura*
Eduardo A. Maura, Esq.
Florida Bar No. 91303
eduardo@ayalalawpa.com
Luis F. Quesada, Esq.
Florida Bar No. 1010305
lquesada@ayalalawpa.com
2490 Coral Way, Ste 401
Miami, FL 33145
Telephone: (305)-570-2208
Facsimile: (305) 503-7206

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed with the Court's CM/ECF system this 11th day of April, 2022, and was filed on all counsel of record via notices generated by the same.

*/s/ Zachary D. Ludens*
Zachary D. Ludens, Esq.