UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

Case No. 1:21-cv-20975-BB

MBI SERVICES, LLC,

  Plaintiff,

vs.

APEX DISTRIBUTION LLC, et al.,

  Defendants.

## JOINT MOTION TO EXTEND PRE-TRIAL DEADLINES

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Rule 7.1, plaintiff, MBI Services, LLC, and defendants, Apex Distribution, LLC, Hector Alvarez, Gregory A. Jones, Imitari Corporation, and Terry Barnes ("Apex Defendants"), jointly move for a two-day/48-hour extension of time through Wednesday, April 13, 2022, to file the pre-trial stipulation and related documents listed in the Order Scheduling Trial and Order of Instructions Before Calendar Call ("Trial Order") [ECF No. 108]. The grounds for this motion are as follows.

  1. The Court entered its Trial Order on February 18, 2022, requiring various pre-trial filings, including deposition filings and designations, neutral statement of case, list of witnesses for venire panel, witness and exhibit lists, *voir dire* questions, jury instructions and verdict form, etc.

2. Plaintiff requested an extension to file its deposition transcripts and designations [ECF No. 109], and the Court granted Plaintiff an extension through April 13, 2022 [ECF No. 110]. This motion does not seek to change that deadline.

3. Due to the heavy case load of counsel for both parties, the undersigned counsel requests additional time to finalize and file the required pre-trial documents, jury instructions and verdict forms.

4. This request for additional time is not made for purposes of delay and will not disrupt the Court's proceedings, nor will the parties be prejudiced by the extension of time sought in this motion.

WHEREFORE, plaintiff, MBI Services, LLC, and defendants Apex Distribution, LLC, Hector Alvarez, Gregory A. Jones, Imitari Corporation, and Terry Barnes respectfully ask the Court to extend by 2 days/48-hours the deadline for them to finalize and file the required documents and such further relief that may be appropriate.

### Certificate of Compliance with Local Rule 7.1(a)(3)

Undersigned counsel certifies that he has conferred with all parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion. Counsel for the Sadick Defendants does not oppose the relief sought in this motion.

Respectfully submitted,

| | |
|---|---|
| AYALA LAW, P.A. | WEISSMAN & DERVISHI, P.A. |
| By: /s/ Eduardo A. Maura | By: /s/ Brian S. Dervishi |
|     Eduardo A. Maura |     Brian S. Dervishi |
|     Luis F. Quesada Machado | Fla. Bar No. 350303 |
| Fla. Bar Nos. 91303 and 1010305 | SunTrust International Center |
| 2490 Coral Way, Suite 401 | One SE Third Avenue, Suite 1700 |
| Miami FL 33145 | Miami, Florida 33131 |
| 305-570-2208 (Phone) | 305-347-4070 (Telephone) |
| eduardo@ayalalawpa.com | 305-347-4077 (Facsimile) |
| lquesada@ayalalawpa.com | bdervishi@wdpalaw.com |
| | service@wdpalaw.com |
| Attorneys for MBI Services, LLC | |
| | Attorneys for Apex Distribution LLC, Hector Alvarez, Gregory A. Jones, Imitari Corp., and Terry Barnes, |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2022, a true and correct copy of the foregoing was served by CM/ECF on the attorneys listed below.

/s/ Brian S. Dervishi
Brian S. Dervishi

Eduardo A. Maura, Esq.
Luis F. Quesada Machado, Esq.
Ayala Law, P.A.
eduardo@ayalalawpa.com
lquesada@ayalalawpa.com

Jorge A. Garcia-Menocal, Esq.
Garcia-Menocal Irias & Pastori, LLP
jgm@gmilaw.com

Jordan A. Shaw, Esq.
Zachary D. Ludens, Esq.
Zebersky Payne Shaw Lewenz, LLP
jshaw@zpllp.com
zludens@zpllp.com
medmondson@zpllp.com
mlolmastro@zpllp.com