**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-20975-BLOOM/Otazo-Reyes**

MBI SERVICES, LLC,

    Plaintiff,

v.

APEX DISTRIBUTION LLC et al.,

    Defendants.
_____/

**<u>PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS</u>**

Pursuant to the Court's Order Scheduling Trial [ECF 108], Plaintiff MBI Services, LLC, through its undersigned counsel, hereby submits the following Proposed Voir Dire Questions:

1. Do you have any business experience? Tell me about it.

2. Have you ever been involved in negotiating or signing contracts as part of your job? What types of contracts?

3. Have you ever had any bad experiences with contracts? Please tell me about this.

4. Have you ever tried to break a contract? What were the circumstances?

5. Do you have any experience in investing? What is the nature of your investment experience? Have you lost money in an investment?

6. Have you ever been the victim of fraud or a scam? If so, please explain.

7. Have you ever been accused of committing fraud or a misrepresentation? If so, what kind of fraud?

8. Have you sat as a juror on any juries either during this term or at any other time? If so, how many times? What type of case? Who prevailed? How much in damages? Were you the foreperson?

9. Do you feel that giving large damage awards in order to deter wrongdoers is a bad thing?

10. Do you have any connection (family, friendship, or business) with any of the parties in the case or their attorneys?

Dated: April 15, 2022

>Respectfully submitted,
>
>By: */s/Eduardo A. Maura*
>Eduardo A. Maura, Esq.
>Florida Bar No. 91303
>**Ayala Law, P.A.**
>2490 Coral Way, Ste 401
>Miami, FL 33145
>P: (305) 570-2208
>F: (305) 503-7206
>eduardo@ayalalawpa.com
>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on April 15, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve a copy of the same by Notice of Electronic Mail to all counsel of record.

>By: */s/Eduardo A. Maura*
>Eduardo A. Maura, Esq.
>Florida Bar No. 91303
>eduardo@ayalalawpa.com

2