UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

Case No. 1:21-cv-20975-BB

MBI SERVICES, LLC,

    Plaintiff,

vs.

APEX DISTRIBUTION LLC, et al.,

    Defendants.

## DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

Pursuant to the Court's Order Scheduling Trial and Order of Instructions Before Calendar Call [ECF 108], defendants Apex Distribution LLC, Hector Alvarez, Gregory A. Jones, Imitari Corp., and Terry Barnes ("Defendants") submit the following proposed voir dire questions:

1. Have you, or a close friend or relative, ever had an employment, ownership, or other business relationship with any of the parties or their attorneys?

2. Are you, or a friend or relative, familiar with attorney Eduardo A. Maura and/or Ayala Law, P.A., through any family, social, business or other contact?

3. Are you, or a friend or relative, familiar with attorneys Brian S. Dervishi, Sergio E. Molina and/or Weissman & Dervishi, P.A. through any family,

social, business or other contact?

4. This next question has seven parts. When I finish reading all seven parts, please stand if you:

(1) are not yet 18 years old,

(2) are not now a resident of [jurisdiction],

(3) are not a citizen of the United States,

(4) have ever received a sentence of more than six months for any crime

(5) have a charge pending against you for a crime punishable by imprisonment for six months or more,

(6) have a disability preventing you from serving on a jury, for which you brought written documentation from a health care provider, or

(7) do not speak, read, write or understand English well enough to serve as a juror.

If your answer to any part of this question is YES, or if you are not sure how to answer this question, please stand.

5. Please stand if you have trouble hearing or understanding my questions, or if you think you may not understand the spoken or written evidence and instructions well enough to serve as a juror.

6. Have you or a close friend or relative ever been trained or employed in the law, law enforcement, or a law-related field? In other words, have you or a close

friend or relative ever:

    a) been trained or employed as a law clerk, paralegal, judge, legal assistant, lawyer, or court employee;

    b) been trained or employed as a law enforcement, corrections, security, parole or probation officer or investigator;

    c) been trained or employed in the insurance business, or as an accident, health, or claims investigator of adjuster; or

    d) studied law, criminology, forensic science, or any similar field of study, or worked in a related occupation not already identified?

7. Have you ever been the plaintiff, defendant or witness in a civil trial?

8. Have you ever served as a juror or grand juror, in this court or any other court?

9. Do you know or recognize any other member of this jury panel?

10. Have you, a close friend or relative lost someone due to Covid-19 and the recent pandemic?

11. Have you, a close friend or relative had any bad experiences securing PPE, personal protective equipment, during the recent pandemic?

12. Do you have any experience doing business abroad or internationally?

13. Have you, a close friend or relative ever had a dispute with either a lender or a business partner?

14. Have you, a close friend or relative ever been accused of misconduct such as breach of contract, misrepresentation, fraud? How difficult was it for you to convince people you did nothing wrong?

15. Have you ever been unable to meet the terms of a contract or a business arrangement due to someone else's actions? If yes, please explain.

16. Do you hold any moral, religious or ethical conviction or belief that may prevent you from weighing the evidence and returning a fair and impartial verdict?

17. Is there anything you have not yet mentioned that may affect your ability to make a fair and impartial judgment in this case?

WEISSMAN & DERVISHI, P.A.

By: /s/ Brian S. Dervishi
    Brian S. Dervishi
Fla. Bar No. 350303
SunTrust International Center
One Southeast Third Avenue, Suite 1700
Miami, Florida 33131
305-347-4070 (Telephone)
305-347-4077 (Facsimile)
bdervishi@wdpalaw.com
service@wdpalaw.com

Attorneys for Defendants Apex Distribution LLC, Hector Alvarez, Gregory A. Jones, Imitari Corp., and Terry Barnes

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 16, 2022, a true and correct copy of the foregoing was served by CM/ECF on the attorneys listed below.

/s/ Brian S. Dervishi<br>
Brian S. Dervishi

Eduardo A. Maura, Esq.
Luis F. Quesada Machado, Esq.
Ayala Law, P.A.
eduardo@ayalalawpa.com
lquesada@ayalalawpa.com

Jorge A. Garcia-Menocal, Esq.
Garcia-Menocal Irias & Pastori, LLP
jgm@gmilaw.com

Jordan A. Shaw, Esq.
Zachary D. Ludens, Esq.
Zebersky Payne Shaw Lewenz, LLP
jshaw@zpllp.com
zludens@zpllp.com
medmondson@zpllp.com
mlolmastro@zpllp.com