UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MBI SERVICES, LLC

PLAINTIFF(S)

CASE NUMBER
1:21−cv−20975−BB

v.

APEX DISTRIBUTION LLC, et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Imitari Corporation**

as of course, on the date September 1, 2022.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Dimas Rodriguez*
Deputy Clerk

cc: Judge Beth Bloom
    MBI Services, LLC

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)