UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv- 20975-BLOOM/Otazo-Reyes

MBI SERVICES, LLC,

    Plaintiff,

v.

APEX DISTRIBUTION LLC, *et al.,*

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon Plaintiff MBI Services, LLC's Motion to Enforce Settlement Agreement, ECF No. [156], filed on May 3, 2022 ("Motion"). The Motion was previously referred to the Honorable Alicia Otazo-Reyes for a Report and Recommendations ("R&R") on all dispositive matters. *See* ECF No. [159]. On September 21, 2022, the Magistrate Judge issued a R&R recommending that the Motion be granted. ECF No. [197]. The R&R states that the parties shall file any objections within fourteen days of the date of service of a copy of the R&R. *Id*. To date, no objections have been filed.

Nevertheless, the Court has conducted a *de novo* review of the R&R, the record in this case, and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion must be **GRANTED** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

    1.    The R&R, **ECF No. [197]**, is **ADOPTED**;

Case No. 21-cv- 20975-BLOOM/Otazo-Reyes

2. The Motion, **ECF No. [156]**, is **GRANTED**;

3. Judgment is entered in favor of Plaintiff MBI Services, Inc., and against Defendants Jan Sadick and J.L. Sadick P.C., in the amount of $130,000.00 plus $1,750.00, for a total judgment amount of **$131,750.00**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 11, 2022.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record