UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv- 20975-BLOOM/Otazo-Reyes

MBI SERVICES, LLC,

    Plaintiff,

v.

APEX DISTRIBUTION LLC, *et al.,*

    Defendants.
_____/

**FINAL JUDGMENT AGAINST SADICK DEFENDANTS**

**THIS CAUSE** is before the Court upon Plaintiff MBI Services, LLC's Motion for Entry of Final Judgment Against Sadick Defendants, ECF No. [202], filed on October 27, 2022 ("Motion"). For good cause shown, and in accordance with Federal Rule of Civil Procedure 58(a), it is **ORDERED and ADJUDGED** as follows:

1. The Motion, **ECF No. [202]**, is **GRANTED**;

2. Judgement is entered in favor of Plaintiff MBI Services, Inc., and against Defendants Jan Sadick and J.L. Sadick P.C., in the amount of $130,000.00 plus attorneys' fees of $1,750.00, for a total judgment amount of **$131,750.00**, which shall bear interest at the applicable rate pursuant to 28 U.S.C. § 1961.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 27, 2022.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record