### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-20975-BLOOM/Otazo-Reyes

MBI SERVICES, LLC,

     Plaintiff,

v.

APEX DISTRIBUTION LLC et al.,

     Defendants.

_____/

### NOTICE OF FILING PLAINTIFF'S DEPOSITION DESIGNATIONS

     Pursuant to the Court's Order Rescheduling Trial [ECF 194], Plaintiff MBI Services, LLC,

through undersigned counsel, hereby gives notice of filing the attached Deposition Designations.

Dated: November 14, 2022

                         Respectfully submitted,

                         By: */s/Eduardo A. Maura*
                             Eduardo A. Maura, Esq.
                             eduardo@ayalalawpa.com
                             Florida Bar No. 91303
                             **Ayala Law, P.A.**
                             2490 Coral Way, Ste 401
                             Miami, FL 33145
                             P: (305)-570-2208
                             F: (305) 503-7206

                         *Counsel for Plaintiff MBI Services, LLC*

### CERTIFICATE OF SERVICE

I hereby certify this document was served via email on November 14, 2022, upon the following:

**Gregory Jones**
1980 Park Ave, Apt 3E
New York, NY 10037
gregjonestv@gmail.com

1

**Terry Barnes**
55 E Long Lake Rd, Ste 206
Troy, MI 48085
twbarnes@yahoo.com

Joseph A. DeMaria, Esq.
**Fox Rothschild LLP**
2 S Biscayne Blvd, Ste 2750
Miami, FL 33131
jdemaria@foxrothschild.com
*Counsel for Defendants Apex Distribution*
*LLC and Hector Alvarez*

By: */s/Eduardo A. Maura*
    Eduardo A. Maura, Esq.
    Florida Bar No. 91303
    eduardo@ayalalawpa.com