UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20975-BLOOM/Otazo-Reyes

MBI SERVICES, LLC,

    Plaintiff,

v.

APEX DISTRIBUTION LLC et al.,

    Defendants.
_____/

**PLAINTIFF'S DEPOSITION DESIGNATIONS**

Pursuant to the Court's Order Rescheduling Trial [ECF 194], Plaintiff MBI Services, LLC, through its undersigned counsel, hereby submits the following Deposition Designations:

1. **Deposition of David K. Tillman (Dec. 15, 2021) [ECF 207-1]:**

| Start Page:Line | End Page:Line |
|---|---|
| 11:03 | 11:22 |
| 13:05 | 13:07 |
| 16:16 | 18:10 |
| 19:04 | 20:04 |
| 24:02 | 24:04 |
| 27:13 | 28:01 |
| 29:01 | 30:22 |
| 31:04 | 32:12 |
| 32:24 | 33:13 |
| 33:22 | 37:19 |
| 38:05 | 40:12 |
| 41:13 | 43:08 |
| 43:09 | 49:22 |
| 49:23 | 51:03 |
| 52:15 | 54:05 |
| 54:13 | 55:11 |
| 56:06 | 56:16 |
| 56:24 | 57:07 |
| 57:16 | 64:02 |
| 65:09 | 66:06 |
| 68:02 | 70:19 |

| | |
|---|---|
| 71:14 | 77:06 |
| 78:10 | 80:02 |

2. **Deposition of Gregory Jones (May 19, 2022) [ECF No. 207-2]:**

| Start Page:Line | End Page:Line |
|---|---|
| 14:03 | 15:06 |
| 15:24 | 16:12 |
| 16:24 | 17:05 |
| 18:12 | 18:24 |
| 19:11 | 19:15 |
| 21:17 | 21:21 |
| 22:03 | 22:07 |
| 23:08 | 23:16 |
| 24:06 | 24:17 |
| 26:08 | 28:20 |
| 29:08 | 30:01 |
| 30:10 | 30:13 |
| 30:18 | 31:15 |
| 32:05 | 32:08 |
| 33:04 | 34:25 |
| 35:09 | 36:25 |
| 37:08 | 39:24 |
| 40:06 | 40:18 |
| 43:23 | 45:06 |
| 48:05 | 51:06 |
| 51:13 | 51:25 |
| 53:05 | 54:23 |
| 55:16 | 58:04 |
| 60:08 | 61:04 |
| 61:23 | 62:20 |
| 67:14 | 67:16 |
| 68:01 | 68:05 |

3. **Deposition of Matthew Craig (June 8, 2022) [ECF No. 207-3]:**

| Start Page:Line | End Page:Line |
|---|---|
| 04:19 | 06:24 |
| 07:10 | 08:14 |
| 09:19 | 10:07 |
| 10:24 | 11:08 |
| 11:25 | 12:05 |
| 12:11 | 12:19 |
| 13:02 | 14:01 |
| 14:14 | 16:15 |

| Start Page:Line | End Page:Line |
|---|---|
| 16:22 | 17:12 |
| 17:19 | 17:22 |
| 18:07 | 18:12 |
| 21:08 | 22:04 |
| 23:09 | 26:05 |
| 34:17 | 34:20 |

4.  **Deposition of Gaetano Maltese (June 8, 2022) [ECF No. 207-4]:**

| Start Page:Line | End Page:Line |
|---|---|
| 05:07 | 05:25 |
| 06:14 | 07:21 |
| 08:08 | 09:17 |

5.  **Deposition of Alisha M. Moss (June 8, 2022) [ECF No. 207-5]:**

| Start Page:Line | End Page:Line |
|---|---|
| 05:03 | 06:16 |
| 07:11 | 15:17 |
| 16:11 | 17:06 |
| 17:13 | 18:23 |
| 22:22 | 23:08 |

6.  **Deposition of Angela Smith (June 9, 2022) [ECF No. 207-6]:**

| Start Page:Line | End Page:Line |
|---|---|
| 05:19 | 08:23 |
| 10:05 | 11:13 |
| 11:16 | 11:18 |

7.  **Deposition of Keith Moran (June 9, 2022) [ECF No. 207-7]:**

| Start Page:Line | End Page:Line |
|---|---|
| 05:14 | 10:11 |
| 10:23 | 16:05 |
| 16:20 | 26:09 |
| 26:19 | 27:14 |
| 38:08 | 40:19 |
| 46:15 | 48:24 |
| 49:08 | 49:25 |
| 56:06 | 56:21 |
| 57:10 | 60:07 |

8. **Deposition of Jorge A. Garcia-Menocal (Oct. 10, 2022) [ECF No. 207-8]:**

| Start Page:Line | End Page:Line |
|---|---|
| 20:11 | 20:22 |
| 21:15 | 21:24 |
| 33:17 | 33:19 |
| 35:20 | 36:03 |
| 36:06 | 36:10 |
| 37:05 | 37:12 |
| 44:20 | 45:06 |
| 48:06 | 48:10 |
| 50:04 | 50:12 |
| 50:18 | 50:23 |
| 51:06 | 51:21 |
| 52:05 | 54:23 |
| 55:05 | 58:05 |
| 58:09 | 58:14 |
| 59:04 | 59:16 |
| 60:10 | 60:16 |
| 61:07 | 63:04 |
| 63:25 | 65:10 |
| 66:03 | 66:08 |
| 71:10 | 72:01 |
| 75:21 | 76:07 |
| 80:05 | 80:20 |
| 85:05 | 85:16 |
| 88:05 | 89:05 |
| 103:22 | 104:16 |
| 124:10 | 125:10 |
| 148:24 | 149:13 |
| 153:01 | 157:12 |

9. **Deposition of Juan Fernando Sandoval (Oct. 24, 2022) [ECF No. 207-9]:**

| Start Page:Line | End Page:Line |
|---|---|
| 30:24 | 31:25 |
| 45:09 | 45:20 |
| 46:18 | 46:25 |
| 49:06 | 49:14 |
| 51:16 | 51:22 |
| 51:25 | 53:01 |
| 55:03 | 56:08 |
| 56:23 | 57:07 |
| 58:08 | 59:19 |
| 61:22 | 62:12 |

| | |
|---|---|
| 62:15 | 62:18 |
| 63:16 | 64:04 |
| 69:02 | 69:15 |
| 69:19 | 69:25 |
| 83:24 | 84:07 |
| 91:06 | 91:15 |
| 92:03 | 93:02 |
| 93:14 | 94:23 |
| 95:03 | 96:06 |

10. **Deposition of Javier Sebastian Sandoval (Oct. 24, 2022) [ECF No. 207-10]:**

| Start Page:Line | End Page:Line |
|---|---|
| 16:05 | 18:16 |
| 20:10 | 20:23 |
| 21:15 | 22:24 |
| 23:07 | 24:21 |
| 26:02 | 26:25 |
| 32:09 | 32:25 |
| 33:02 | 34:07 |
| 35:02 | 36:18 |
| 37:19 | 37:25 |
| 41:03 | 45:08 |
| 46:08 | 47:24 |

Dated: November 14, 2022

Respectfully submitted,

By: */s/Eduardo A. Maura*
 Eduardo A. Maura, Esq.
 eduardo@ayalalawpa.com
 Florida Bar No. 91303
 **Ayala Law, P.A.**
 2490 Coral Way, Ste 401
 Miami, FL 33145
 P: (305)-570-2208
 F: (305) 503-7206

*Counsel for Plaintiff MBI Services, LLC*

5

## **CERTIFICATE OF SERVICE**

I hereby certify this document was served via email on November 14, 2022, upon the following:

**Gregory Jones**
1980 Park Ave, Apt 3E
New York, NY 10037
gregjonestv@gmail.com

**Terry Barnes**
55 E Long Lake Rd, Ste 206
Troy, MI 48085
twbarnes@yahoo.com

Joseph A. DeMaria, Esq.
**Fox Rothschild LLP**
2 S Biscayne Blvd, Ste 2750
Miami, FL 33131
jdemaria@foxrothschild.com
*Counsel for Defendants Apex Distribution LLC and Hector Alvarez*

            By: */s/Eduardo A. Maura*
              Eduardo A. Maura, Esq.
              Florida Bar No. 91303
              eduardo@ayalalawpa.com