UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv- 20975-BLOOM/Otazo-Reyes

MBI SERVICES, LLC,

    Plaintiff,

v.

APEX DISTRIBUTION LLC, *et al.*,

    Defendants.
_____/

## ORDER DISMISSING SADICK DEFENDANTS

**THIS CAUSE** is before the Court upon a telephone inquiry from Zachary Dean Ludens, counsel for Jan L. Sadick and J.L. Sadick P.C. (collectively, "the Sadick Defendants"). On October 27, 2022, the Court issued a Final Judgment against the Sadick Defendants. ECF No. [205]. On November 14, 2022, Plaintiff MBI Services, LLC, filed a Notice of Satisfaction of Judgment with respect to the Sadick Defendants. ECF No. [206]. Accordingly, it is **ORDERED and ADJUDGED** that **Defendant Jan L. Sadick** and **J.L. Sadick P.C.** are **DISMISSED** from this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 21, 2022.

                                        _____
                                        **BETH BLOOM**
                                        **UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record