# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-20975-BLOOM/Otazo-Reyes

MBI SERVICES, LLC,

    Plaintiff,

v.

APEX DISTRIBUTION LLC et al.,

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT AND MOTION FOR ENTRY OF CONSENT FINAL JUDGMENT

Plaintiff MBI Services, LLC and Defendants Apex Distribution LLC and Hector Alvarez, by and through their undersigned counsel and pursuant to S.D. Fla. L.R. 16.4, notify the Court that they have reached a settlement of this matter on December 8, 2022, and jointly move for entry of a Consent Final Judgment.

    1.    On March 11, 2021, Plaintiff filed its original Complaint against several defendants, including Apex Distribution LLC ("Apex") and Hector Alvarez ("Alvarez"). *See* ECF No. 1.

    2.    On March 15, 2021, Plaintiff filed an Amended Complaint that included additional facts regarding the citizenship of the parties. *See* ECF No. 5.

    3.    Plaintiff's Amended Complaint includes a claim for breach of contract against Apex (Count I) and a claim for breach of guaranty against Alvarez (Count II). *See id.*, pp. 11-13.

    4.    The parties have amicably resolved this matter and agreed to fully settle this dispute between themselves with the entry of a Consent Final Judgment in favor of Plaintiff and against Apex and Alvarez on Counts I and II of Plaintiff's Amended Complaint. A true and correct copy of the parties' proposed Consent Final Judgment is attached hereto.

5. After entry of the proposed Consent Final Judgment in favor of Plaintiff, Plaintiff will file a notice of dismissal of the remaining claims against Apex and Alvarez.

6. The jury trial on this matter, scheduled to commence on December 12, 2022, will proceed against *pro se* defendants Gregory Jones and Terry Barnes only.

Dated: December 9, 2022

Respectfully submitted,

| | |
|---|---|
| By: */s/Eduardo A. Maura* <br> **Eduardo A. Maura, Esq.** <br> Florida Bar No. 91303 <br> Ayala Law, P.A. <br> 2490 Coral Way, Ste 401 <br> Miami, FL 33145 <br> P: (305) 570-2208 <br> F: (305) 503-7206 <br> eduardo@ayalalawpa.com <br> *Counsel for Plaintiff* | By: */s/Joseph A. DeMaria* <br> **Joseph A. DeMaria, Esq.** <br> Florida Bar No. 764711 <br> Board Certified in Business Litigation <br> FOX ROTHSCHILD LLP <br> 2 South Biscayne Blvd., Suite 2750 <br> Miami, FL 33131 <br> Telephone: (305) 442-6547 <br> jdemaria@foxrothschild.com <br> *Counsel for Defendants Apex and Alvarez* |

## CERTIFICATE OF SERVICE

I hereby certify that this document was served via email on December 9, 2022, upon the following:

**Gregory Jones**
1980 Park Ave, Apt 3E
New York, NY 10037
gregjonestv@gmail.com

**Terry Barnes**
55 E Long Lake Rd, Ste 206
Troy, MI 48085
twbarnes@yahoo.com

Joseph A. DeMaria, Esq.
**Fox Rothschild LLP**
2 S Biscayne Blvd, Ste 2750
Miami, FL 33131
jdemaria@foxrothschild.com
*Counsel for Defendants Apex Distribution LLC and Hector Alvarez*

By: */s/Eduardo A. Maura*
  Eduardo A. Maura, Esq.