UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv- 20975-BLOOM/Otazo-Reyes

MBI SERVICES, LLC,

    Plaintiff,

v.

APEX DISTRIBUTION LLC, *et al.,*

    Defendants.

_____/

### CONSENT JUDGMENT

**THIS CAUSE** is before the Court upon the Joint Notice of Settlement and Motion for Entry of Consent Final Judgment, ECF No. [240] ("Motion"), jointly filed on December 9, 2022 by Plaintiff MBI Services, LLC and Defendants Hector Alvarez and Apex Distribution LLC ("Defendants"). Having reviewed the Motion, the Court finds that entry of a Consent Final Judgment is appropriate. Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. Defendant Apex Distribution LLC admits it breached the Joint Venture Agreement it entered into with Plaintiff. The Court enters judgment against Apex Distribution LLC on Count I of Plaintiff's Amended Complaint for breach of contract.

2. Defendant Hector Alvarez admits he breached the Personal Guarantee of Payment he entered into with Plaintiff. The Court enters judgment against Hector Alvarez on Count II of Plaintiff's Amended Complaint for breach of guaranty.

3. Defendants shall pay Plaintiff the total sum of two million one hundred thousand dollars ($2,100,000.00), which shall bear interest at the statutory rate pursuant to 28 U.S.C. § 1961.

Case No. 21-cv- 20975-BLOOM/Otazo-Reyes

4. Defendants shall make an initial payment of fifty thousand dollars ($50,000.00) no later than **January 31, 2023**. If Defendants fail to make this initial payment by the indicated date, the total judgment against them shall increase to two million two hundred and fifty thousand dollars ($2,250,000.00), which shall bear interest at the statutory rate pursuant to 28 U.S.C. § 1961.

5. All other Counts within the Amended Complaint are **DISMISSED** as to Defendant Hector Alvarez and Defendant Apex Distribution LLC. With respect to those Defendants, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

6. The Court retains jurisdiction of this matter for the purposes of enforcing the terms of this Consent Judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 9, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record

**Terry Barnes**
31171 Country Ridge Circle
Farmington Hills, MI 48331
PRO SE

**Gregory A. Jones**
1980 Park Avenue
Apt. 3E
New York, NY 10037
PRO SE