**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 21-cv-20975-BLOOM/Otazo-Reyes

MBI SERVICES, LLC,

    Plaintiff,

v.

APEX DISTRIBUTION LLC, *et al.,*

    Defendants.
_____/

**FINAL DEFAULT JUDGMENT**

**THIS CAUSE** is before the Court upon Plaintiff MBI Services, LLC's Motion for Final Default Judgment against Defendant Terry Barnes and Defendant Gregory Jones, which MBI made at the hearing on December 12, 2022. ECF No. [242]. For the reasons stated in the Court's Findings of Fact and Conclusions of law, and in accordance with Federal Rule of Civil Procedure 58(a), it is **ORDERED and ADJUDGED** as follows:

1. Final Judgment is entered in favor of MBI Services, LLC, and against Defendant Terry Barnes and Defendant Gregory Jones in the amount of $2,000,000.00, plus prejudgment interest in the amount of $182,121.34, for a total of **$2,182,121.34**;

2. The Court reserves jurisdiction to address the reasonable fees and costs recoverable to MBI Services, LLC;

3. The Clerk shall **CLOSE** this case;

4. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

Case No. 21-cv-20975-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 17, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record